October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.


Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004

Case: 1:21-cv-02674
Assigned To : Unassigned
Assign. Date : 10/12/2021
Description: Pro Se Gen. Civ. (F-DECK)


D.C. Office of Risk Management (ORM)

441 4 th Street. N>W> suite 800 South

Washington D.C. 20004

District of Columbia, Metropolitan Police Department

Officer Not Yet Named


## COMPLAINT

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

RECEIVED
OCT 12 2021
Clerk, U.S. District and Bankruptcy Courts

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B) to represent the amount of money your City official wrongfully killed my son Karon Hylton for.   Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life  is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hyton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not    tell use what any human life is worth  . Lives   matter regardless of gender or skin color my child life matter.  Police

brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye   because it's a job.  Bowers Karon Is my Baby.



Sincerely

Karen Hylton