

**FILED**

**JAN. 13, 2022**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KAREN HYLTON, )
)
          Plaintiff, )
)
  v. )     Civil Action No. 21-2674
)
MURIEL BOWSER, *et al.*, )
)
          Defendants. )

## ORDER

On November 4, 2021, the Court issued an Order (ECF No. 3) identifying several deficiencies in the original complaint (ECF No. 1) and directing plaintiff to file an amended complaint to remedy them, succinctly and clearly identifying (1) the proper defendants, including, but not limited to, the District of Columbia, including the identities and full addresses of any individual defendants, and (2) the claims she intends to bring, against whom, and in what capacity. The Court has reviewed the amended complaint (ECF No. 4), and construes it as one bringing claims against the District of Columbia alone.

Accordingly, it is hereby

ORDERED that Muriel Bowser, Metropolitan Police Department, Terrence Sutton, Carlos Tejera, Almed Al-Sahrawi, Cory Novici, Andrew Zabawsky, and Peter Newsham are DISMISSED WITHOUT PREJUDICE as party defendants. It is

FURTHER ORDERED that, pursuant to Local Civil Rule 40.5(a)(3), the Clerk of Court shall assign this case to Judge Jia M. Cobb as related to *Hylton v. Bowser*, No. 21cv2673.

SO ORDERED.

DATE: January 13, 2022        /s/
                                     TANYA S. CHUTKAN
                                     United States District Judge