UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HYLTON,<br><br>   *Plaintiff*,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-02674-JMC |

## DEFENDANT'S CONSENT MOTION TO CONSOLIDATE

With Plaintiff's consent, Defendant District of Columbia (the District) moves under Fed. R. Civ. P. 42(a) to consolidate *Karen Hylton v. Muriel Bowser, et al.*, Civil Action No. 1:21-cv-02674 with *Karen Hylton v. District of Columbia, et al.*, Civil Action No. 1:22-cv-00551. Plaintiff filed identical complaints in both cases, and so the actions "involve common question[s] of law or fact" appropriate for consolidation.

A memorandum of points and authorities in support of this Motion and proposed order are attached for the Court's consideration.

Date: March 8, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

       <u>/s/ Katrina Seeman</u>
       ROBERT A. DEBERARDINIS, JR. [335976]
       Senior Assistant Attorney General
       KATRINA SEEMAN [1671729]
       MARGARET ULLE [1658843]
       Assistant Attorneys General
       Civil Litigation Division
       400 6th Street, NW
       Washington, D.C. 20001
       Phone:  (202) 724-6607
       Fax:  (202) 724-5917
       Email:  katrina.seeman@dc.gov

       *Counsel for Defendant District of Columbia*

## **LCvR 7(m) CERTIFICATION**

I certify that on March 4, 2022, Counsel for the District called Plaintiff *pro se* at the phone number listed on her Amended Complaint. Plaintiff *pro se* consents to the Motion.

*/s/ Katrina Seeman*
KATRINA SEEMAN
Assistant Attorney General

---

## **CERTIFICATE OF SERVICE**

On March 8, 2022,[*] I emailed and arranged for a staff assistant in my office to serve a copy of the Motion to Consolidate by first class mail, postage prepaid, to:

Karen Hylton
602 Blandford Street, #1
Rockville, MD  20850
tallskyys@gmail.com
*Plaintiff pro se*

                                                */s/ Katrina Seeman*
                                                KATRINA SEEMAN
                                                Assistant Attorney General

---

[*] Due to the COVID-19 pandemic, the Office of the Attorney General is operating under an emergency telework policy.  Select staff are only physically in the office on certain days.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HYLTON,

       *Plaintiff*,

v.

MURIEL BOWSER, *et al.*,

       *Defendants*.

Civil Action No. 1:21-cv-02674-JMC

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S CONSENT MOTION TO CONSOLIDATE**

Defendant District of Columbia (the District) requests the Court consolidate *Karen Hylton v. Muriel Bowser, et al.*, Civil Action No. 1:21-cv-02674 with *Karen Hylton v. District of Columbia, et al.*, Civil Action No. 1:22-cv-00551.  Plaintiff brings a wrongful death and survival action against the District related to the death of Karon Hylton-Brown.  Am. Compl. [5] at 1-3. Plaintiff filed an identical action in the Superior Court of the District of Columbia, and on March 1, 2022, Defendants in that action removed to this Court under Civil Action No. 22-cv-00551.

Under Fed. R. Civ. P. 42(a), a court may consolidate cases when actions involve "a common question of law or fact."  Consolidation is "warranted" when claims "arise from the same general facts, involve the same parties, [ ] are generally at the same stage of litigation[,]" and "[c]onsolidation would pose little risk of prejudice or confusion."  *Royer v. Fed. Bureau of Prisons*, 292 F.R.D. 60, 61 (D.D.C. 2013).   Here, the claims are *identical*, involve the same parties[1] and the same fatal car accident.  Am. Compl. [5] at 1-3; *Karen Hylton v. District of*

---

[1] In Civil Action No. 22-cv-00551, Mayor Muriel Bowser and the Metropolitan Police Department are Defendants.  They were dismissed without prejudice from this case on January 13, 2022.  *See* Order [5].

*Columbia, et al.*, Civil Action No. 1:22-cv-00554, Am. Compl. [1-2] at 1-3.  And the cases are in the same procedural posture, with an upcoming responsive pleading deadline for Defendants in both cases on March 21, 2022.  *See* Mar. 7, 2022 Min. Or.; *Karen Hylton v. District of Columbia, et al.*, Civil Action No. 1:22-cv-00551, Mar. 7, 2022 Min. Or.  Judicial and party economy favor consolidation to avoid duplicate efforts and any confusion from having two identical cases proceeding at the same time.  Plaintiff consents to consolidation and no party will be prejudiced by this request.

Date:  March 8, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
MARGARET ULLE [1658843]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 724-6607
Fax:  (202) 724-5917
Email:  katrina.seeman@dc.gov

*Counsel for Defendant District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HYLTON,

    *Plaintiff*,

v.

MURIEL BOWSER, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-02674-JMC

## ORDER

Upon consideration of Defendant's Consent Motion to Consolidate and the entire record herein, it is this ___ day of _____, 2022:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that *Karen Hylton v. Muriel Bowser, et al.*, Civil Action No. 1:21-cv-02674 is consolidated with *Karen Hylton v. District of Columbia, et al.*, Civil Action No. 1:22-cv-00551.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge