Karen Hylton                                                                                      3-19-22

602 Blandford st #1

Rockville, MD

20850


VS                                                                         Civil Action No. 1:21-CV 02674-JM

THE DISTRICT OF COLUMBIA

c/o Karl A, Racine Attorney General

441 4 th Street NW

Suite 630 south

Washington , D.C. 20001

   VS.

Muriel Bowser, Mayor , in her official capacity

John A. Wilson Building

1350 Pennsylvania Ave. N.W.

Washington. D.C. 20004

   VS.

District of Columbia

Metropolitan Police Department

441 4th Street N.W.

Washington, D.C 20004

## Motion for Appointment of Counsel

I am very much sadden with an heart of ache that I have to ask the courts to appoint me counsel for my son Karon Hylton who wasn't aborted or abandon by me Karen Hylton .My baby was born 29 of Fed 2000 at Georgetown Hospital here in Washington D.C from time of birth until my child was taken from me and began resting and beyond Karon lives with me and was taken care of my me Karen Hylton . My motherly duties have been interrupted many times somehow I manage to put myself and my two babies back on track.  At this point how can I put my life back on track when my baby was taken away and know it seems as thought I am ask a person to give me control of my babies namesake. As I stated and will always say Karon was not aborted or abandon he was wrongfully killed by the same officials I that are paid to protected not just him but the civilian's of DC. The life I chose for my baby and the life he wasn't giving the opportunity to live is indescrible.  For the sum of $3.126 dollars your officers chose

**RECEIVED**

MAR 18 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

to chase my baby and kill my child leaving me with a life time of pain. And now the courts basically states I have to prove I am the mother of Karon Kennyatta Hylton Brown( really ). I am aware of pending case as to whether he has father child. It doesn't matter Karon at the time of incident was 20 years old ummarried and the child is under 18 years of age . 3 months of age and will never be able to see what a amazing human being he is and more and incredible father if he was her father of the child and I will never have any more children claiming Karon is their father (I would Love that ). As stated to the mother of said child you are the mother of your child I am the mother of Karon with out me karon wouldn't have existed I did not abort my baby I gave life to him and his brother because I wanted to take care of them I didn't have to prove DNA Karon is my child in life and in death. The officers involed in the chasing of my baby explained in there actions my baby life was worth $3.126 I disagree my baby life is far more valuable for without his presents along makes it hard to live hard to dream if ask me karon mother my baby life didn't come with a price tag but I thank these offices I for that $3.126 they chased him for I am asking the courts for $31.26 billon dollars cause he is worth more but that what chase was about $3.126. What about my baby life ? and others that the justice system fail to protect. The justice I seek for my child is more than monetary the ones who are responsible for my child resting I ask that they be held accountable for their inhumane acts starting from the mayor of DC Muriel Bowser to the officers Sutton and other mention as defendants . For the future mothers that spent years loving and taking care of their babies and have to feel the pain of lost they should not have to prove at the end of the day that my baby is worth more than the courts can ever pay . Again To whom it may concern: I am Karen Hylton mother of Karon Hylton and request to be appointed counsel for my baby Karon Hylton.

*[signature]*
602 Bladford St H
Rockville, MD
20850

*[signature]*

Karen Hylton

602 Blandford st #1

Rockville, MD   20850