**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KAREN HYLTON | 21-cv-02674-JMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DISTRICT OF COLUMBIA | Amended Complaint & Summons |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D.C. MAYOR

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1350 Pennsylvania Ave. NW Suite 407 Washington, DC 20004

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KAREN HYLTON<br>602 Blandford St #1<br>Rockville, MD 20850 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ Natalie Guerra | [x] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(202) 354-3120 | DATE<br>2/4/2022 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/2 | No. A16 | No. A16 | Ryan Owens | 02/07/2022 |

I hereby certify and return that I [ ] have personally served , [✓] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>23Mar2022 | Time<br>1038 | [✓] am<br>[ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>Daniel J. Dalton | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Certified mail

**RECEIVED**

MAR 2 3 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

AO 440b (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-02673-JMC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  23 Mar 2022

_Daniel A. Dalton_
Server's signature

_Daniel G. Dalton_
Printed name and title
U.S. Marshals Service

U.S. Courthouse
333 Constitution Ave., N.W.
Washington. D.C. 20001
Server's address

Additional information regarding attempted service, etc:

RECEIVED

MAR 23 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>KAREN HYLTON | COURT CASE NUMBER<br>21-cv-02674-JMC |
|---|---|
| DEFENDANT<br>DISTRICT OF COLUMBIA | TYPE OF PROCESS<br>Amended Complaint & Summons |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | D.C. ATTORNEY GENERAL |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>400 6th Street, NW, Washington, DC 20001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KAREN HYLTON<br>602 Blandford St #1<br>Rockville, MD 20850 | Number of process to be<br>served with this Form 285 | 2 |
| | Number of parties to be<br>served in this case | 2 |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ Natalie Guerra | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 354-3120 | DATE<br>2/4/2022 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2/2 | District of Origin<br>No. A16 | District to Serve<br>No. A16 | Signature of Authorized USMS Deputy or Clerk<br>*Ryan Owens* | Date<br>02/07/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>23 Mar 2022 | Time<br>1038 | ☒ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*David J. Dalton* |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

certified mail

RECEIVED

MAR 23 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

AO 440b (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.  21-cv-02673-JMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☑  Other *(specify)*:

   certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  23 Mar 2022                        *Daniel J Dulton*
                                           *Server's signature*

                                           Daniel G. Dalton  DUSM
                                           *Printed name and title*
                                                     Service
                                                     ..se
                                                  ..ion Ave., N.W.
                                                     D.C. 20001
                                           *Server's address*

Additional information regarding attempted service, etc:



RECEIVED

MAR 23 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# USPS Tracking®

FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 70083230000351179425

Your item was delivered to an individual at the address at 12:49 pm on March 11, 2022 in WASHINGTON, DC 20001.

**USPS Tracking Plus® Available** ⌄

## ✔ Delivered, Left with Individual

March 11, 2022 at 12:49 pm
WASHINGTON, DC 20001

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less ∧**