IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN HYLTON, ET AL.,               )
                                    )
        Plaintiffs,                 )
                                    )       CV No. 21-2674
                                    )       Washington, D.C.
        vs.                         )       July 12, 2022
                                    )       4:02 p.m.
D.C., ET AL.,                       )
                                    )
        Defendants.                 )
_____)


TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
BEFORE THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:          David L. Shurtz
                            DAVID L. SHURTZ,
                            ATTORNEY AT LAW
                            1200 N Nash St.
                            Suite 835
                            Arlington, VA 22209
                            (202) 617-9141
                            Email: dshurtz103@gmail.com


For the Defendant:          Katrina Marie Seeman
                            James Wiley
                            Robert A. DeBerardinis, Jr.
                            OFFICE OF THE ATTORNEY GENERAL
                            FOR THE DISTRICT OF COLUMBIA
                            Civil Litigation Division
                            400 6th Street, NW
                            Washington, D.C. 20001
                            (202) 724-6607
                            Email: katrina.seeman@dc.gov

APPEARANCES CONTINUED:

For Putative Intervenor
Karen Hylton:                    Charles Lewis Gerstein
                                 GERSTEIN HARROW LLP
                                 810 7th Street NE
                                 Suite 301
                                 Washington, D.C. 20002
                                 (202) 670-4809
                                 Email:
                                 charlie@gerstein-harrow.com

                                 Jason Seth Harrow
                                 GERSTEIN HARROW LLP
                                 3243 S. La Cienega Boulevard
                                 Suite B
                                 Los Angeles, CA 90016
                                 (610) 357-9614
                                 Email:
                                 jason@gerstein-harrow.com

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                 P R O C E E D I N G S
 2           COURTROOM DEPUTY:  Your Honor, we are on the
 3   record in Civil Action 21-2674, Karen Hylton versus the
 4   District of Columbia.
 5           Starting with the plaintiff, I'm going to ask that
 6   you introduce yourself for the record.  Also introduce any
 7   co-counsel that are with you on the line.
 8           MR. SHURTZ:  My name is David Shurtz.  I'm counsel
 9   for the plaintiff.
10           THE COURT:  Okay.  Good afternoon.
11           MR. SHURTZ:  Thank you.
12           MS. SEEMAN:  Good afternoon, Your Honor.  This is
13   Katrina Seeman.
14           I'm joined by co-counsel, James Wiley and
15   Robert DeBerardinis on behalf of the District of Columbia.
16           THE COURT:  Okay.  Good afternoon.
17           MR. GERSTEIN:  Good afternoon, Your Honor.
18   This is Charles Gerstein for Putative Intervenor
19   Karyn Hilton.
20           I'm joined by Jason Harrow on the line with us.
21           THE COURT:  Okay.  Good afternoon, everyone.
22           So I wanted to convene this status hearing to
23   address some of the pending motions and filings on the
24   docket.  And also for just some housekeeping matters,
25   because there's been a lot of activity in the case and
```

1    I just wanted to clean up the docket, make sure that the

2    case remains on the schedule that we previously set, and

3    ensure that there's not any additional issues that I need to

4    address.

5         The first thing I'll just say as just a

6    housekeeping matter is, given that this case was

7    consolidated with the Jones-Bey matter and then subsequently

8    former plaintiff Karen Hylton dismissed her claims and has

9    now moved to join the case as an intervenor, I think we need

10   to change the case caption of this docket where all the

11   filings are to reflect Jones-Bey as the plaintiff.  So

12   that's an administrative matter that we'll handle on our

13   end, but I just wanted to let everyone know that that would

14   be the case going forward just as a housekeeping matter,

15   because otherwise I think it's going to be confusing.

16   So we'll handle that kind of administratively.

17        The second is, I wanted to just address the motion

18   to intervene that's been filed.  I understand that plaintiff

19   Jones-Bey objects to the motion; I've read that objection.

20   The District also filed an opposition motion.  But as I read

21   the District's opposition, the District agrees with

22   plaintiff's position that -- I'm sorry, former plaintiff's

23   position, but Ms. Hylton's position that she has a legal

24   ground to intervene as of right, given that she is the

25   decedent, Mr. Hylton-Brown's mother.

 1            Again, I've read all of the pleadings and the case

 2    law, and I agree with Ms. Hylton and the District that

 3    Ms. Hylton does have a legal ground to intervene as of right

 4    in this matter, given her status as the decedent's mother.

 5    So I have considered the objections on the docket, but I'm

 6    overruling those and I will grant the motion to intervene.

 7    So that will be reflected in a Minute Order or Minute Entry

 8    following this case, but I wanted to clear that up so that

 9    we could move forward.

10            With respect to some of the issues raised in the

11    District's motion, here's how I'm thinking that we should

12    handle that.  With respect to participation in discovery,

13    should there be discovery in this case, it's my intent to

14    deal with that at any scheduling conference in this matter.

15            So essentially, Ms. Seeman, I'm assuming that the

16    District is going to file a motion to dismiss, given

17    representations made at prior hearings.  So I think

18    it would be a little bit premature to talk about

19    participation in discovery now.

20            Once the motion is filed and resolved, I would

21    allow Ms. Hylton's counsel to participate in the Rule 26(f)

22    conference just to confer with the parties about how they're

23    proposing participating in discovery, any objections that

24    either Ms. Jones-Bey's counsel has or the District has.  And

25    then at the schedule conference, we could deal with that,

1    and any schedule order I would issue would contain any

2    parameters on the extent of Ms. Hylton's participation in

3    discovery.  I just think it makes more sense to deal with

4    that if we know whether or not there is going to be

5    discovery.

6              So, you know, Ms. Seeman, I'm going to deal with

7    this in kind of -- I know there's more that you objected to

8    than discovery, but just with respect to participation in

9    the litigation, that's how I'm proposing dealing with that.

10   Does the District have any opposition to waiting until it

11   may be necessary to discuss that matter until after the

12   motion to dismiss is resolved?

13             MS. SEEMAN:  Your Honor, we can appreciate waiting

14   to discuss limitations on discovery until that conference.

15   But the District is concerned that it didn't move to dismiss

16   in this case.  That not only would the actual plaintiff,

17   Ms. Jones-Bey file an opposition to that motion, that the

18   intervenor, Karen Hylton, would also file an opposition to

19   that motion and that we would be forced to respond to an

20   opposition for a party who has no standing to pursue the

21   claims herself.  Damages, yes, as we put in our brief, but I

22   do have concerns about how the District is going to be

23   forced unfairly to defend itself against a party that

24   doesn't have standing.

25             THE COURT:  And with respect to that, Ms. Seeman,

1    I certainly appreciate that, but it is -- you can tell me if

2    you have authority to the contrary.  It is certainly my

3    understanding -- and I'm familiar with cases in which

4    intervenors do file substantive motions to preserve their

5    rights.

6           You know, in the same way that an amicus brief

7    could be filed in support of an opposition or -- I mean, not

8    in the same way, because the intervenors actually intervene

9    in the case, but a similar principle of someone who has an

10   interest in the litigation, who I've allowed to join the

11   case as an intervenor, who certainly has an interest in

12   ensuring or attempting to ensure that arguments are made in

13   opposition to any motion to dismiss, because if I grant the

14   motion to dismiss, then those claims of intervention will

15   necessarily go away.

16          So I was -- my inclination was to allow

17   Ms. Hylton's counsel, if Ms. Hylton's counsel deemed it

18   appropriate, to file an opposition to any motion to dismiss

19   on behalf of their client.  But, again, if you have some

20   authority that suggests that that's not appropriate -- and

21   I'll also hear from you, Mr. Gerstein -- it was my

22   understanding, and it's been my understanding, that those

23   types of substantive pleadings are permissible for an

24   intervenor to file as someone with an interest in the case.

25          Now, in terms of limiting any burden, I certainly

1  would, you know, give additional time for a reply, allow you

2  additional pages to do a consolidated reply.  I certainly,

3  you know, appreciate that, you know, you may need additional

4  time or pages if you don't want to do two separate

5  pleadings.  But in terms of their ability to file an

6  opposition, I don't see any reason why they should not be

7  permitted to do that.

8        MS. SEEMAN:  All right.

9        So I guess, Your Honor, I understand what you're

10  saying.  But I guess I probably got a little ahead of myself

11  because we still have the issue that I just remembered.

12  Ms. Hylton also filed her own separate complaint outlining

13  different causes of action, and so now it occurs me to that

14  it's not clear if the District also has to separately move

15  to dismiss Ms. Hylton's complaint in intervention based on

16  this discussion, or if the District is only required to move

17  to dismiss the substantive -- or the operative pleading in

18  this case filed by Jones-Bey.

19        THE COURT:  Sure.

20        So I'll address that -- that's on my list to

21  address as well, so I think now is a good time.

22        I looked at Ms. Jones-Bey's complaint and I looked

23  at Ms. Hylton's proposed, at that time, complaint

24  intervention, and I did not see additional claims.

25        So it looks to me that Ms. Jones-Bey has made more

1  claims than Ms. Hylton is seeking to intervene on, but

2  Ms. Hylton's claims appear to be -- there's a constitutional

3  due-process claim and a negligence claim, both of which have

4  been made by Ms. Jones-Bey.

5          So I think I would tend to agree with you if I had

6  read the complaint as raising additional claims or causes of

7  action that Ms. Jones-Bey hadn't raised, you know, that

8  would be a different question.

9          But, Mr. Gerstein, let me hear from you.  I didn't

10  read your complaint as adding additional causes of action,

11  so much as kind of limiting the causes of action that you're

12  seeking to intervene on, but you can correct me if I am

13  wrong about that.

14          MR. GERSTEIN:  That's correct with one small

15  modification, which is, we've incorporated Jones-Bey's

16  complaint by reference in our complaint.  So we intend to

17  intervene in the whole case --

18          THE COURT:  Okay.

19          MR. GERSTEIN:  -- obviously understanding that our

20  rights are --

21          But just understand -- you know, I want to make

22  clear to the District and to the Court, we want to make this

23  as minimally burdensome and consistent with justice for our

24  client.

25          So we could, for example, confer with Jones-Bey

1   and make sure we don't make duplicative arguments, if,

2   indeed, we could file our response after Jones-Bey files

3   hers so that we can ensure that we don't make duplicative

4   arguments.

5          You know, we don't -- we do not intend this

6   complaint of intervention to be a separate case or to allege

7   any separate claims.  The only reason we included those

8   specific two claims rather than copying all of the claims

9   was that we just view those as the court claims in the case,

10  but not an indication that -- yeah, sorry, Your Honor.

11         THE COURT:  No, no.

12         Okay.  So, Ms. Seeman, that then makes my point,

13  I think, more clear, that they're not -- it's not their

14  intention to bring additional claims that Ms. Jones-Bey

15  hadn't made.

16         If they were doing that, I think I would tend to

17  agree with you.  I think they're limited to intervene in the

18  case that has been filed and not bring their own claims, but

19  at least that's my understanding.

20         So I think to the extent that's your concern, that

21  is my understanding and I think we should all be on the same

22  page in that regard.

23         MS. SEEMAN:  One additional question to that point

24  then, Your Honor.

25         If any part of this case proceeds against any of

1    the defendants after a dispositive motion after a responsive

2    pleading, are the defendants going to be expected to respond

3    to each of Ms. Hylton's 109 paragraphs in her complaint, on

4    top of all of the paragraphs in the Jones-Bey complaint?

5            THE COURT:  So my -- again, this is going with my

6    familiarity with these matters, is that, yes, my

7    understanding is that parties, you would answer the

8    complaint intervention.  Again, if you have a different

9    understanding or authority or want to make an argument, I'll

10   hear you, but my understanding is, yes, you would answer the

11   complaint intervention.

12           Mr. Gerstein, is that your understanding as well?

13           MR. GERSTEIN:  Yes.

14           And let me just, again, if this is the appropriate

15   time, Your Honor, offer.

16           You know, obviously there's a lot of overlap

17   between the complaints.  If we get to a point where we're

18   doing an answer, we would heavily confer, all three of us,

19   to make sure -- to show which ones are duplicative and which

20   ones are additional.

21           Again, we don't want to create needless burdens,

22   but, yes, I believe they have an obligation to respond to

23   the allegations.

24           THE COURT:  Yeah.

25           And that's always been how I understand these

1   cases to proceed.

2        And I would be very sensitive to undue burden in

3   the case.  I don't think responding to an answer is a

4   particularly burdensome task.  But, again, if there's a

5   conferral that you can have with the plaintiff and the

6   now-plaintiff intervenor to lessen the burden or to get on

7   the page about streamlining things, I will assist you in

8   whatever way I can.

9        But I think it's appropriate, as I said, to allow

10  Ms. Hylton to intervene as of right.  I will allow her the

11  ability to file her complaint in intervention; I don't read

12  it as introducing new claims in the case.

13       I agree that it's appropriate for an intervenor --

14  and I don't see any authority or anything to the contrary

15  suggesting that an intervenor can't lay out their factual

16  basis for their complaint intervention.

17       And I will take -- you know, if you want to take

18  Mr. Gerstein up on the offer to stagger the responses so

19  that he's not -- you're not getting duplicative motions at

20  the same time, I will hear you on whatever time you need to

21  respond; or if you want the responses staggered, if it's

22  easier for you to come in at once, if you want additional

23  pages, I do think that's fair to give you a fair opportunity

24  to respond.

25       MS. SEEMAN:  I think from the District's

```
1    perspective, it would be easier to have them filed on the
2    same day and to have them confer before the filing.
3              And I think that makes sense for a few reasons.
4    And I have seen -- sorry, I can't pull a case right now
5    because I didn't prepare for that.  But I did see cases
6    where like an intervenor was required to confer with the
7    party and then their briefing laid out only the arguments
8    that that -- here, like the plaintiff, did not agree to
9    include in their own brief.  And so that would be -- I think
10   that would be the District's preference.
11             But in terms of like needing additional time, yes,
12   that's definitely going to be likely.
13             And in terms of additional pages, we will seek
14   that out if necessary.
15             THE COURT:  Okay.
16             MS. SEEMAN:  I'm hopeful that it's not, but I
17   don't want to put us in a position where defending this case
18   becomes impossible just because of how things have sort of
19   ballooned out.
20             THE COURT:  Okay.
21             Mr. Shurtz and Mr. Gerstein, do any of you have
22   any objections to, what I think is a reasonable request by
23   Ms. Seeman, that the two of you, after receiving any motion
24   to dismiss that the District files, confer to ensure, you
25   know, that the pleadings are not duplicative?
```

1                    And, again, I will give you more time as well if

2        you, for example, Mr. Gerstein, you know, need to see

3        Mr. Shurtz's pleading before having that conference or you

4        can do this just all orally.

5                    I mean, again, I want to make this easy for all

6        the parties involved.  But is there any objection to that?

7        Because I think that's a reasonable request and I'd be

8        prepared to order that you two confer unless someone

9        convinces me that that's not a good idea.

10                   MR. SHURTZ:  I'm concerned that there's two

11       issues.

12                   If we agree on what the issues are and they become

13       duplicative, then it's understandable that they should not

14       have to be sorting out which one they respond to.

15                   But what if they are totally at odds, does the

16       intervenor have the right to totally oppose the path that

17       the plaintiff is pursuing in recovery?

18                   THE COURT:  So, Mr. Shurtz, I'm having a hard time

19       understanding how that would work in theory here, how -- it

20       seems like both of you would be aligned in the desire not to

21       have your case displaced.  So it's a little bit difficult

22       for me to understand how anything Ms. Hylton's counsel would

23       do would be at odds, because they would be responding to why

24       the District's arguments, in their view, why they should be

25       rejected.

1          So it's a little bit hard for me to understand in

2     the abstract a situation in which -- at this stage, this is

3     not litigation strategy, but responding to the defendants'

4     legal arguments, how there could be an opposition there.

5     But if that came up, you can inform me of that through a

6     Status Report, I suppose.  But I guess I would still require

7     you to have the conversation.

8          And you're free to include arguments that

9     Ms. Hylton's counsel doesn't want to make or doesn't think

10    should be made.  I think what Ms. Seeman is saying is that,

11    to the extent that you're on the same page about certain

12    arguments that -- and, you know, this is -- your opposition

13    in the first instance and that Ms. Hylton's opposition would

14    not be duplicative of yours, if that makes sense.  So it's

15    not in any way limiting your ability to put forth the

16    arguments that you think are appropriate on behalf of your

17    client.

18         MR. SHURTZ:  Well, one of the issues, let's say,

19    could come up in that they're arguing that because she

20    acquired this Mercedes-Benz that belonged to Karon Hylton,

21    that that's an indication of support.

22         Where we would argue that they haven't produced

23    any title to the car and that she merely purloined that

24    after his death.  And so there could be issues of those

25    natures where I'm saying that those facts should be taken

1   into consideration which should preclude their

2   participation, and they would say, oh, no, you can't mention

3   that because it would exclude our participation.

4             THE COURT:  Yeah.

5             Well, Mr. Shurtz, I've already granted their

6   motion to intervene.  So at this point, I think the

7   District's motion -- or, I'm sorry, the District's

8   opposition would be focused on making arguments that your

9   case shouldn't proceed because it's legally deficient in

10  some way.

11            So I'm not seeing any litigation here over whether

12  or not Ms. Hylton should be able to participate in the case,

13  because I already ruled that she can participate.

14            Now, a question of any damages, that is something

15  that may come up down the road if the case proceeds that

16  far.  But for now, I'm not seeing that being an issue at

17  this stage of the litigation.

18            MR. SHURTZ:  Okay.

19            THE COURT:  Mr. Gerstein, do you have any

20  objection to conferring with Mr. Shurtz before filing your

21  opposition just to ensure that it's not completely

22  duplicative?

23            MR. GERSTEIN:  I have no objection, Your Honor.

24            And may I make a suggestion, if this is the

25  appropriate time, that the mechanism for that conferral can

1   just be that Jones-Bey be ordered to serve us her response

2   at time X and then everybody files responses, documents, at

3   time X, plus one week, and then the District responds; in

4   other words, I think the most efficient way to conference

5   would be just so we can see what the actual argument is,

6   rather than do it orally.

7          But otherwise, of course, no objection.  And

8   that's just a suggestion.  If the parties object to that

9   practice, anything falling on similar lines would be fine

10  with us.

11         THE COURT:  Yeah.  I mean -- and I think I alluded

12  to that initially.  That's probably easier, and I will give

13  you more time.

14         Mr. Shurtz, I'm certainly not trying to cut off

15  the time you'd have to respond.  So I want you to have the

16  full time to draft your pleading.

17         But I think it would be helpful if you drafted

18  your pleading, gave your final pleading to -- I'm wondering

19  at this point if it's easier to just have your deadline be

20  after Mr. Shurtz's.

21         MR. GERSTEIN:  That would basically be our

22  preference but...

23         And then the District can just ignore it until --

24  ignore, like, they can just -- I understand their objection,

25  they don't want theirs staggered, but I think they can just

```
 1    avoid that by waiting.
 2             So, yeah, I that's probably the easiest way.  If
 3    that's okay with the other parties, we agree.
 4             MR. SHURTZ:  That is provided that if there's
 5    something objectionable that they put in, that I could
 6    somehow respond in a timely fashion.
 7             THE COURT:  Okay.
 8             And Ms. Seeman, I know I kind of changed my mind
 9    as we were going.  I know that you prefer to have everything
10    on the same day.  I'm just trying to avoid issues of
11    Mr. Shurtz sending maybe a not-final brief to -- I think
12    it's easier if Ms. Hylton's counsel sees the brief that's
13    filed and then essentially they'd be filing a supplement, if
14    necessary, so that it wouldn't be duplicative.
15             And then like I said, I would give you additional
16    time to file any reply after Ms. Hylton's opposition is in.
17             MS. SEEMAN:  That's acceptable, Your Honor.
18             With the caveat that we just want it to be clear,
19    is Ms. Hylton being permitted to raise duplicative arguments
20    at her brief that comes after the filing by Ms. Jones-Bey or
21    is this same no-duplicative-argument restriction on the
22    table?
23             THE COURT:  So I don't think -- I don't want the
24    briefs to be duplicative, because I don't think that's a
25    good use -- that's not helpful to me.
```

1         I think that if there is an argument made and

2 there's an additional point in support of the argument that

3 Ms. Hylton wants to make that she doesn't think has been

4 made in Mr. Shurtz's brief, that seem appropriate to me.

5         If an argument is fully fleshed out, I don't think

6 that it would be appropriate for Ms. Hylton's counsel to

7 make the same argument in different words.  But I hesitate

8 to -- I think if you ask a group of lawyers what's

9 duplicative and what isn't, you're going to get different

10 responses.

11         So I don't mean to micromanage too much, but, you

12 know, I think -- I'm not saying it to the point where if

13 there's a big subject heading, that Ms. Hylton's counsel

14 can't say anything about that in the brief because it was

15 raised by Ms. Jones-Bey, but I don't want it to be the same

16 argument, just written in a different way.  But if it's an

17 additional point or something related to that point that

18 Mr. Shurtz didn't make, then I think it's appropriate for

19 Ms. Hylton's counsel to raise that issue.

20         So I guess what I'm saying is, I will -- I'm

21 instructing Ms. Hylton's counsel to avoid making duplicative

22 arguments and to essentially make arguments that Ms. Hylton

23 feels weren't made by Mr. Shurtz or weren't fully developed

24 by Mr. Shurtz that thinks that it would benefit me to have

25 the full argument.  And if you think that they're

 1   duplicative, I guess you only have to respond to it one

 2   time.

 3          But I'm just trying to streamline matters so

 4   that -- it's not helpful for me to have two briefs that say

 5   the exact same thing.  So I'm telling the parties that for

 6   my purposes, it's not going to helpful to me to have that,

 7   and I think it's going to be a waste of resources.  So

 8   that's my direction.

 9          MS. SEEMAN:  Understood, Your Honor.  Thank you.

10          THE COURT:  Can we talk concretely about a

11   proposed schedule then?  So right now I think -- is August

12   1st the deadline that we currently have for the District

13   opposition?

14          MS. SEEMAN:  For the District's responsive

15   pleading, Your Honor.

16          THE COURT:  Responsive pleading.

17          Assuming it's either an answer or an opposition,

18   August 1st.

19          Does that still work for you, Ms. Seeman?

20          MS. SEEMAN:  Sorry, Your Honor, a motion to

21   dismiss, perhaps, instead of an opposition, but...

22          THE COURT:  I'm sorry, a motion to dismiss.

23          MS. SEEMAN:  No.  You're fine.  I just wanted

24   to --

25          THE COURT:  I said "opposition" -- I was looking

```
 1  at another word in my notes and said what I was looking at
 2  instead of it.
 3             Yes, whatever your responsive pleading is, does
 4  August 1st still work?
 5             MS. SEEMAN:  Yes, Your Honor.
 6             THE COURT:  Okay.
 7             And then what was the deadline that we had for the
 8  opposition being filed, or were we just using the default
 9  time?
10             MS. SEEMAN:  I believe we were just using the
11  default schedule under the rules, Your Honor.
12             THE COURT:  Yes.  Okay.
13             So, Mr. Shurtz, then your opposition would be
14  filed in 14 days.
15             MR. SHURTZ:  Can we make it 21?
16             THE COURT:  That's fine with me.
17             Ms. Seeman, do you have an opposition to that?
18             MS. SEEMAN:  No, Your Honor.  That's acceptable to
19  the District.
20             MR. DeBERARDINIS:  This is Robert DeBerardinis.
21             That sets our reply brief right smack into my
22  vacation.
23             MS. SEEMAN:  Mr. DeBerardinis, we're setting up
24  the next step, though, and so I think we're going to be
25  okay.
```

```
 1              MR. DeBERARDINIS:  Okay.

 2              MS. SEEMAN:  Trust me.  Trust me.

 3              THE COURT:  Okay.  So 21 days puts us at Monday,

 4   August 22nd.

 5              And then, Mr. Gerstein, would you -- is the

 6   default 14 days sufficient for you after Mr. Shurtz files

 7   his brief?

 8              MR. GERSTEIN:  No problem.  And that would come up

 9   on Labor Day so we can call it safe but we will try to get

10   it in early as well.

11              THE COURT:  Well, no, no.  Hold on.

12   It would be -- we would just -- if it falls on a Monday,

13   it would be due Tuesday, but I don't want to jam you up if

14   you have holiday plans.

15              MR. GERSTEIN:  Oh, that's no problem.  Tuesday the

16   6th is fine for us.  Thank you.

17              THE COURT:  Are you sure?  Okay.  So Tuesday,

18   September 6th for plaintiff intervenor opposition.

19              And then, Ms. Seeman, so the next one is

20   September 6th.  How much time do you want for your reply?

21              MS. SEEMAN:  30 days, Your Honor.

22              THE COURT:  Okay.  So that would put us at

23   October 6th.

24              Okay.  So I will issue the Minute Order -- or

25   either the Minute Entry or the Minute Order will reflect
```

1    this schedule, so that's the schedule.

2             Okay.  So I have dealt with the complaint and

3    intervention, we've talked about the schedule for briefing.

4    Like I said, in terms of the participation in discovery of

5    Ms. Hylton, I will deal with that issue, if it becomes

6    necessary to, once the motions, to the extent any motion to

7    dismiss is filed, is resolved.

8             Okay.  The other thing that I wanted to address,

9    and I realize it's getting late so I'm going to move through

10   these issues, is, Mr. Gerstein and Mr. Harrow filed a

11   document at ECF 28 regarding the status of service.  So.

12            Ms. Seemen, let me ask you a question.  You

13   represent the District.  Do you represent any of the

14   individual officers as well?

15            MS. SEEMAN:  Not at this time, Your Honor.

16            THE COURT:  Okay.

17            And when would that decision be made?

18            MS. SEEMAN:  When the individual defendants are

19   properly served, Your Honor.

20            THE COURT:  Okay.  That's what -- I assumed you

21   were going to say that.

22            MS. SEEMAN:  And then you may be aware, but

23   there's a process for requesting representation through the

24   Metropolitan Police Department and a conflict review that

25   would have to be done as well.

```
 1              THE COURT:  Yes.  Okay.

 2              So, Mr. Shurtz, here's the issue.  I do not see

 3   anything on the docket where you requested or the Clerk

 4   issued a summons.

 5              So you represented that you served the individual

 6   officers, and I hear the District indicating that the

 7   individual officers have not been served.  So I wanted to

 8   follow up on that.

 9              MR. SHURTZ:  There was a summons that went --

10   there's a protocol that you have to follow in order to go

11   through the service experience with the police officer.

12              And, yes, you do send in a summons, as I recall,

13   and the complaint.  And they just acknowledge that they have

14   received it.  They don't file an answer based on that.  They

15   just say, okay, whoever that department is, they acknowledge

16   that that particular officer has received that protocol that

17   is required.

18              So then they have a certain period of time, and

19   it's probably longer than the typical, to respond, and so

20   we're just waiting for them to respond.  But all of those

21   officers were served pursuant to the protocols that are

22   outlined for service.

23              THE COURT:  Right.

24              My question is, what summons did you serve,

25   because I don't see anything on the docket reflecting that
```

1    the Clerk ever issued summons to the defendants in the case?

2              MR. SHURTZ:  Well, I can sign the subpoenas and

3    that kind of thing.

4              THE COURT:  For the summons to serve a complaint?

5    Those are signed by the Clerk of Court.

6              And I didn't see any summons attached to your

7    complaint or amended complaint.  And I don't see any docket

8    entry that the Clerk issued a summons.

9              And so the District -- I mean, I did see the

10   District -- I know that they had a COVID protocol for

11   accepting service electronically, and I saw your notation

12   that they acknowledged receipt of the complaint.

13             So even if it technically was missing a component,

14   I mean, they're in the case, they've acknowledged it,

15   I wouldn't hold you to that level of technicality with them

16   because they're aware of the complaint.

17             But the individual officers, you know, I'm

18   assuming Ms. Seeman is saying from her perspective they've

19   not been served and she's not been notified that any such

20   officers were served or have requested representation, which

21   they undoubtedly would do if they'd been served a summons in

22   the case.

23             MR. SHURTZ:  Well, when I've done this in the

24   past, eventually what the police do is they contact whoever

25   their counsel is and they file an answer.

1          THE COURT:  Because your amended complaint was

2     filed on June 3rd.  And let me look at -- when are you

3     saying that you effectuated service?

4          MR. SHURTZ:  Well, I've got the notice from each

5     one of them on different days.  You know, so it's not like

6     they're all done on the same day.

7          But I could look up each day that that department

8     responded that they had received the documents, you know,

9     the complaint and the corresponding attachments.

10          THE COURT:  Okay.

11          Had you filed those before?

12          Because I see your -- I'm looking at ECF 29-1.

13     And I see the acknowledgment from the District from

14     Chad Copeland, but you're saying that you received the

15     acknowledgment from the individual officers or whoever

16     accepts services?

17          MR. SHURTZ:  Yeah, you serve each one of them and

18     then they send a, okay, I got the complaint.

19          THE COURT:  Okay.

20          So, Mr. Gerstein, you had filed some -- I mean,

21     I think from your perspective, this is moot at this point

22     because you can effect service as an intervenor is what

23     you're saying.

24          But, you know, I must say I'm a little bit

25     confused about the status and I have Ms. Seemaneman telling

1    me that she doesn't think the officers were -- she hasn't

2    been notified that there's been service on any of these

3    individual officers.

4            Ms. Seeman, you would have been so notified if

5    there was, I'm assuming, correct?  The representing the

6    District in that same case.  I imagine it would have made

7    its way to you.

8            MS. SEEMAN:  I'm sorry, Your Honor, can you repeat

9    the question?

10           THE COURT:  I'm saying, if these individual

11   officers had been properly served, I imagine that you would

12   know that, correct?

13           MS. SEEMAN:  Yes, Your Honor.

14           THE COURT:  Okay.

15           So, you know, Mr. Shurtz, again, my understanding

16   of the process in this Court is that you have to file a

17   summons -- submit a summons to the Clerk's Office.  Usually

18   you do that as an attachment to your complaint.  The Clerk

19   then issues a summons, and then you serve the officers.

20           And, you know, I'm not going to get into the

21   logistics of how you serve individual officers, but I, you

22   know -- I'll leave it at that, that -- you know, that

23   I don't think I have to address plaintiff intervenor's

24   CCS 28 unless Mr. Gerstein tells me he has something he

25   wants to say about that.  But I'm just bringing to your

1   attention that it has been brought to the Court's attention

2   that there may be issues with the service.

3            Mr. Gerstein, is there anything more that you need

4   to say or do about this?

5            MR. GERSTEIN:  Yes, very briefly, Your Honor, and

6   with my apologies.

7            Let me just move orally now for an extension of

8   time under Rule 4(m) to effect service on the individual

9   defendants.

10           I believe that a finding of good cause is

11  warranted here because service has been delayed due to no

12  fault of the intervenor whose rights would be prejudiced

13  here because the District's deadline has already been

14  established and it's in the future.  And the defendants

15  aren't here to respond to that.  And obviously they'll be

16  encouraged to respond to that later if they want to.  But at

17  the moment, we request the Court to grant an extension of

18  time to effect service.

19           And separately -- and we can talk about this after

20  if that's easier -- we propose that the deadlines for the

21  individual defendants, once service is effected, be the same

22  as the District's, if they choose to be represented by the

23  District.  It's worth observing that two of them are not

24  employees of the District anymore, so they may choose to get

25  their own counsel, but separately there's a scheduling

1    matter.

2             THE COURT:  Okay.  And how much time are you

3    asking to effect service?

4             MR. GERSTEIN:  Let me see.  If we get -- from the

5    time -- we can submit a proposed summons this evening.  In

6    my experience, the Clerk's Office has signed them within

7    48 hours.

8             So two weeks, till the 28th.  And we might -- the

9    only thing that -- it can be occasionally difficult to serve

10   individual MPD officers.  I think it will not be difficult

11   to former Officer Sutton and former Lieutenant Zabavsky

12   because they were represented by counsel in their criminal

13   cases who we could contact.

14            But could we initially say two weeks?  And if it

15   doesn't look like we're able to effect service in that time,

16   we could get back to the Court.

17            THE COURT:  Okay.

18            And, Ms. Seeman, I know that last time I extended

19   the deadline for service, I believe the District objected.

20   The defendants who are at issue are not before the Court

21   right now.

22            I do think that given the complexity of the case,

23   the unique procedural posture, the fact that I just today

24   granted the plaintiff intervenor's motion of intervention,

25   that a brief two-week extension of time to effect service on

1    individual officers who can be difficult to serve is

2    appropriate.

3              So I assume you have an objection that is noted

4    and -- but I am going to provide that additional time.

5    I think that Mr. Gerstein has articulated good cause.

6              What I will hear you on, however, is I don't know

7    how long the process takes in terms of any conflicts checks

8    or representation issues.

9              Obviously, it would be more convenient to us all

10   if we could keep this same schedule that we just spent

11   20 minutes or so talking about.

12             But is that going to be easy for you to, if you do

13   represent the individual officers, to include those in your

14   responsive pleadings, because I imagine the arguments are

15   going to be similar for the individual officers.

16             MS. SEEMAN:  Your Honor, the District is fine with

17   keeping the briefing schedule as it relates to the District.

18             But I just want to state for the record the

19   District also does not waive proper service of the amended

20   complaint either and has a right under 4(m) to be properly

21   served in this case and we can't waive that right to

22   service.

23             But additionally, it's going to take more than two

24   days to know once the officers are served.  And I will

25   correct for the record, the officers identified by

 1    Mr. Gerstein are actually still employed by the Metropolitan

 2    Police Department but there's a different officer that's

 3    not.

 4            And so to the extent that those criminal charges

 5    raise their own issues, that's stuff that's going to take a

 6    lot of time -- I don't know how to put a date on it, but

 7    it's going to take lot a lot of internal sorting out on our

 8    end, especially considering the ongoing criminal case, that,

 9    I think, has trial scheduled either later this year or it

10    might have been pushed to 2023 at this point.

11            But I think it's completely unfair for the

12    District to be in the position to waive that right for

13    individual defendants who haven't been served to say that

14    they have to answer a summons and complaint in two days.

15    I think that's unheard of.

16            THE COURT:  Okay.

17            I mean, as you were talking, it occurred me to

18    that there actually might be quite different arguments for

19    the individual officers and the District.

20            So I think, Mr. Gerstein, let's kind of address

21    things as they come up, because I don't want to cut short

22    the District's ability to go through its process in

23    ascertaining what, if any, representation it's going to

24    provide to these defendants and to work out any issues that

25    it needs to work out.

```
 1              So the schedule remains with respect to the

 2     District.  But once the other defendants are served, I think

 3     we'll talk about any further schedule that needs to be set

 4     for those defendants or any issues that arise with them once

 5     they're in the case, particularly because, yeah, if the

 6     District ends up not representing any of these officers, I'm

 7     certainly going to give their counsel time to respond.

 8     So I think we just have to take things as they go.

 9              MR. GERSTEIN:  Absolutely, Your Honor.

10              One very, very quick point and then I'll let

11     everything go, could you please clarify for the record,

12     depending on your earlier ruling, or I can re-argue, that

13     the 4(m) extension we just requested also applies to the

14     District.

15              To the extent there's a defect in service, we'll

16     remedy it as soon as possible.  But we just want to make

17     sure for the record that the same finding of good cause that

18     would apply to the individual defendants would also apply

19     here.

20              THE COURT:  Yes, I made that globally for the

21     whole case.

22              MR. GERSTEIN:  Okay.

23              THE COURT:  Okay.

24              MR. GERSTEIN:  Thank you, Your Honor.

25
```

```
 1              THE COURT:  Okay.  Let's see.

 2              So a couple of housekeeping matters, again, I know

 3   it's getting late.

 4              The docket -- ECF 12, it reflects defendants'

 5   earlier motion to dismiss.

 6              Ms. Hylton's prior complaint is reflected as still

 7   pending.  I'm going to deny that as moot, given the posture

 8   of the case, given that Ms. Hylton has dismissed her claims.

 9   So I'm assuming there's no issue with that; it's just a

10   housekeeping matter.  But I just wanted to let the parties

11   know when they see that notation on the docket, then that is

12   why that notation is coming up, because in reviewing this

13   docket, I noticed that it was still reflecting that it was

14   pending.

15              The second thing is -- again, this -- I may be

16   wrong about this, this is a technical issue, but

17   Ms. Hylton's complaint was dismissed by voluntary notice.

18   And as I just indicated, earlier in the case when Ms. Hylton

19   was proceeding pro se, the District had filed a responsive

20   pleading.  But I don't see -- Ms. Seeman, you're not

21   objecting to Ms. Hylton dismissing her case/claims by

22   notice, correct?

23              MS. SEEMAN:  No, Your Honor.

24              THE COURT:  All right.  I just wanted to make sure

25   procedurally we're all on the same page.
```

1          Okay.  Then the final two matters that I wanted to

2     address, and one is that, you know, I've been reviewing the

3     pleadings in this case and I can sense that there may be

4     some hostility between the plaintiffs and the plaintiff

5     intervenor at least in some of their -- there's some strong

6     language in some of the pleadings and references to fraud

7     and lying and I just want to say that I don't think that

8     that is helpful for me at all.

9          I want to encourage the parties to move forward

10    with the case and what are sure to be complex legal issues

11    and focus their arguments on the legal issues and the case

12    law and not spend more time with the back and forth about

13    what may or may not have happened at some earlier date.

14         I just wanted to say that I've resolved the issue

15    of Ms. Hylton's participation in the case.  I've made a

16    finding early on that I was under no mistaken impression

17    that Ms. Hylton was the personal representative.  To the

18    extent that she said something in a pro se complaint, which

19    I've construed very liberally, matters were cleared up once

20    she had counsel.

21         So I'm perfectly up to speed with everyone's

22    position in the case as it stands today.  I understand that

23    there are proceedings going forward in D.C. Superior Court

24    and pending DNA tests.  I am fully up to speed.  So I don't

25    think we need to rehash that prior history in this case.

1          And so I just wanted to focus on the parties'

2  attention on the legal issues that are moving forward and to

3  encourage us to kind of not rehash some of the earlier

4  accusations because they're not helpful to me at all.  So

5  I just wanted to say that going forward, particularly as

6  more pleadings are being filed in the case.

7          The second issue is, I notice, Mr. Shurtz, there

8  was -- in your opposition to Ms. Hylton's motion and

9  intervention, there's an exhibit that -- 33-3 -- that has a

10 picture of a young child.  And I don't know if you intended

11 to include that in the public record, but I want to keep any

12 reference to the minor child, photographs of the minor

13 child, names of the minor child out of the public record.

14         So if you didn't intend to do that, I think we can

15 on our end -- maybe you can file a notice to seal that page

16 of the exhibit.  If you did intend to do that, I don't think

17 it's necessary to have the child's photograph in the public

18 record.  So I'll hear from you on that whether that was not

19 intentional on your part.

20         MR. SHURTZ:  The language on the text was what was

21 important, and so the child's picture is not important.

22         The fact that she was acknowledging the child as

23 Karon's, I think is relevant.

24         To the extent that there's a photo -- in fact,

25 I believe that I blotted out certain things.

```
1              But, obviously, the whole text is in the context

2     of a photo, so it's a little hard to blot out that and

3     include the text.

4              If you want me to just say the language of the

5     text says this and as long as there's no objection to

6     imputing that to Karen Hylton saying that that was the child

7     of Karon, I feel no need to have the photo of the child in

8     there.

9              THE COURT:  Okay.  So I'm going to see whether

10    there's something we can do on our end to deal with that.

11             But does anyone else have any objection,

12    Ms. Seeman, Mr. Gerstein, to redacting or sealing that

13    photograph so that the child's picture is not in the public

14    record?

15             MS. SEEMAN:  No objection from the District,

16    Your Honor.

17             MR. GERSTEIN:  No objection from us, although just

18    very, very briefly, I hate to be so punctilious about this.

19    We do obviously object to the imputation of the child, but

20    that's not an issue for this Court.

21             THE COURT:  Okay.  I assume that you did.

22             But, yeah, I just wanted to deal with that

23    housekeeping matter, because it occurred to me as I was

24    reviewing the docket that that photograph was in the public

25    record.
```

1          So if there is some action, Mr. Shurtz, that I

2     need you to take with respect to that, I will put something

3     on the docket, but I think that we can probably handle that

4     administratively on our end.

5          MR. SHURTZ:  Sounds good.

6          THE COURT:  Okay.  I believe that I have addressed

7     the pending issues in the case and dealt with all the

8     housekeeping matters that I need to deal with.

9          It's late in the day, but Ms. Seeman, is there

10    anything else that you need me to address before we conclude

11    this call?

12         MS. SEEMAN:  Nothing further from the District,

13    Your Honor.  Thank you.

14         THE COURT:  Okay.

15         Mr. Shurtz, is there anything else that I need to

16    address before I conclude the call?

17         MR. SHURTZ:  Yeah, there's two big questions that

18    I have; one, if we go to trial, it's obvious that something

19    would be submitted to the jury in terms of Karen's claim.

20         But what happens if the opportunity comes to

21    settle out of court, does that -- is that preempted by the

22    fact that we need to go to trial or does my client still

23    have the prerogative as the personal representative of the

24    estate to settle out of court?

25         And then the next question is, does the claim of

1   Karen Hylton, is that taken out of the settlement of the

2   estate of Karon Hylton or is that added -- another aspect

3   added to it, as opposed to taking from it?

4          THE COURT:  Well, Mr. Shurtz, I personally -- it's

5   my practice not to be involved in the parties' settlement

6   discussions.

7          You are free to have whatever discussions that you

8   want to have with the District or Ms. Hylton's counsel about

9   a potential settlement in this matter.

10         If the parties agree that a settlement conference

11  would be helpful to hash out this issue and whatever other

12  issues related to settlement you think are appropriate, I am

13  happy, if all parties agree, to refer you to a

14  magistrate judge or to the Circuit Court's mediator program

15  if you want court assistance.

16         But in terms of your questions about how any

17  settlement discussions would proceed, that's not something

18  that I'm going to get involved in.

19         MR. SHURTZ:  Okay.

20         THE COURT:  Okay?

21         And then is there any other questions that you

22  have or anything else you need me to address before we

23  conclude the call?

24         MR. SHURTZ:  I'm going to go back and look at what

25  I did send in, because I did it pursuant to their normal

1  protocols and they acknowledged it, and I've got to

2  double-check my own work to see what I actually sent in.

3          THE COURT:  Okay.

4          And, you know, you can confer with Mr. Gerstein

5  and Mr. Harrow about that as well --

6          MR. SHURTZ:  Okay.

7          THE COURT:  -- because I've extended the deadline

8  for purposes of perfecting any service as deficient.

9          Okay.  Finally, Mr. Gerstein, are there any other

10 issues that I either forgot to address or that you need me

11 to address before we conclude the call?

12         MR. GERSTEIN:  No, Your Honor, just one.

13         It occurred to me that if the Court is going to

14 administratively change the caption, I will just put what

15 the caption as it will be changed to in our respective

16 summons just so we can get that going as quickly as

17 possible.  Otherwise, no.

18         THE COURT:  Okay.  So it's going to be -- I'm just

19 going to substitute Jones-Bey -- or change the caption so

20 that the lead caption right now this case is Hylton v.

21 District of Columbia, et al.; it will be Jones-Bey v.

22 District of Columbia, et al.

23         And then somewhere on the caption, I can't picture

24 it right now, there will be a notation of Ms. Hylton as

25 plaintiff intervenor.  So we'll make that change.

1          MR. GERSTEIN:  Great, Your Honor.

2          Yes, the Clerk's office can be picky about those

3   sort of things.

4          THE COURT:  Yeah.

5          MR. GERSTEIN:  So we will get those summons taken

6   care of immediately.  Thank you, Your Honor.

7          THE COURT:  Okay.

8          All right.  Thanks, everyone.  Have a great

9   afternoon.

10          (Proceedings concluded at 4:55 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

   Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__August 9, 2022_____   

     William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. DeBERARDINIS: [2]** 21/20 22/1
**MR. GERSTEIN: [7]** 3/17 9/14 9/19 11/13 16/23 17/21 22/8 22/15 28/5 29/4 32/9 32/22 32/24 36/17 39/12 40/1 40/5
**MR. SHURTZ: [18]** 3/8 3/11 14/10 15/18 16/18 18/4 21/15 24/9 25/2 25/23 26/4 26/17 35/20 37/5 37/17 38/19 38/24 39/6
**MS. SEEMAN: [26]** 3/12 6/13 8/8 10/23 12/25 13/16 18/17 20/9 20/14 20/20 20/23 21/5 21/10 21/18 21/23 22/2 22/21 23/15 23/18 23/22 27/8 27/13 30/16 33/23 36/15 37/12
**THE COURT: [56]**

**1**

**109 [1]** 11/3
**12 [2]** 1/5 33/4
**1200 [1]** 1/14
**14 [2]** 21/14 22/6
**19 [1]** 41/6
**1st [3]** 20/12 20/18 21/4

**2**

**20 minutes [1]** 30/11
**20001 [2]** 1/21 2/14
**20002 [1]** 2/4
**202 [4]** 1/16 1/21 2/5 2/15
**2022 [2]** 1/5 41/10
**2023 [1]** 31/10
**21 [2]** 21/15 22/3
**21-2674 [1]** 1/4 3/3
**22209 [1]** 1/15
**22nd [1]** 22/4
**26 [1]** 5/21
**2674 [2]** 1/4 3/3
**28 [2]** 23/11 27/24
**28th [1]** 29/8
**29-1 [1]** 26/12

**3**

**30 days [1]** 22/21
**301 [1]** 2/4
**3243 [1]** 2/8
**3249 [1]** 2/15
**33-3 [1]** 35/9
**333 [1]** 2/14
**354-3249 [1]** 2/15
**357-9614 [1]** 2/9
**3rd [1]** 26/2

**4**

**400 [1]** 1/20
**48 hours [1]** 29/7

**4:02 [1]** 1/6
**4:55 [1]** 40/10

**6**

**610 [1]** 2/9
**617-9141 [1]** 1/16
**6607 [1]** 1/21
**670-4809 [1]** 2/5
**6th [5]** 1/20 22/16 22/18 22/20 22/23

**7**

**724-6607 [1]** 1/21
**7th [1]** 2/3

**8**

**810 [1]** 2/9
**835 [1]** 1/15

**9**

**90016 [1]** 2/9
**9141 [1]** 1/16
**9614 [1]** 2/9

**A**

**ability [4]** 8/5 12/11 15/15 31/22
**able [2]** 16/12 29/15
**about [22]** 5/18 5/22 6/22 9/13 12/7 15/11 19/14 20/10 23/3 26/25 27/25 28/4 28/19 30/11 32/3 33/16 34/12 36/18 38/8 38/16 39/5 40/2
**above [1]** 41/4
**above-titled [1]** 41/4
**Absolutely [1]** 32/9
**abstract [1]** 15/2
**acceptable [2]** 18/17 21/18
**accepting [1]** 25/11
**accepts [1]** 26/16
**accusations [1]** 35/4
**acknowledge [2]** 24/13 24/15
**acknowledged [3]** 25/12 25/14 39/1
**acknowledging [1]** 35/22
**acknowledgment [2]** 26/13 26/15
**acquired [1]** 15/20
**action [6]** 3/3 8/13 9/7 9/10 9/11 37/1
**activity [1]** 3/25
**actual [2]** 6/16 17/5
**actually [4]** 7/8 31/1 31/18 39/2
**added [2]** 38/2 38/3
**adding [1]** 9/10
**additional [17]** 4/3 8/1 8/2 8/3 8/24 9/6 9/10 10/14 10/23 11/20 12/22 13/11 13/13 18/15 19/2 19/17 30/4
**additionally [1]** 30/23
**address [14]** 3/23 4/4 4/17 8/20 8/21 23/8

**37/16 38/22 39/10 39/11**
**addressed [1]** 37/6
**administrative [1]** 4/12
**administratively [3]** 4/16 37/4 39/14
**after [11]** 6/11 10/2 11/1 11/1 13/23 15/24 17/20 18/16 18/20 22/6 28/19
**afternoon [6]** 3/10 3/12 3/16 3/17 3/21 40/9
**again [12]** 5/1 7/19 11/5 11/8 11/14 11/21 12/4 14/1 14/5 27/15 33/2 33/15
**against [1]** 6/23 10/25
**agree [9]** 5/2 9/5 10/17 12/13 13/8 14/12 18/3 38/10 38/13
**agrees [1]** 4/21
**ahead [1]** 8/10
**aided [1]** 2/17
**al [4]** 1/3 1/6 39/21 39/22
**aligned [1]** 14/20
**all [19]** 4/10 5/1 8/8 10/8 10/21 11/4 11/18 14/4 14/5 24/20 26/6 30/9 33/24 33/25 34/8 35/4 37/7 38/13 40/8
**allegations [1]** 11/23
**allege [1]** 10/6
**allow [5]** 5/21 7/16 8/1 12/9 12/10
**allowed [1]** 7/10
**alluded [1]** 17/11
**already [3]** 16/5 16/13 28/13
**also [10]** 3/6 3/24 4/20 6/18 7/21 8/12 8/14 30/19 32/13 32/18
**although [1]** 36/17
**always [1]** 11/25
**am [4]** 9/12 30/4 34/24 38/12
**amended [3]** 25/7 26/1 30/19
**amicus [1]** 7/6
**Angeles [1]** 2/9
**another [2]** 21/1 38/2
**answer [8]** 11/7 11/10 11/18 12/3 20/17 24/14 25/25 31/14
**any [43]**
**anymore [1]** 28/24
**anyone [1]** 36/11
**anything [10]** 12/14 14/22 17/9 19/14 24/3 24/25 28/3 37/10 37/15 38/22
**apologies [1]** 28/6
**appear [1]** 9/2
**APPEARANCES [2]** 1/12 2/1
**applies [1]** 32/13
**apply [2]** 32/18 32/18

**37/16 38/22 39/10**
**8/3**
**appropriate [12]** 7/18 7/20 11/14 12/9 12/13 15/16 16/25 19/4 19/6 19/18 30/2 38/12
**are [33]** 3/2 3/7 4/11 7/12 7/23 9/20 11/2 11/19 11/20 13/25 14/12 14/15 15/16 22/17 23/18 24/21 25/5 26/2 28/23 29/2 29/20 29/20 30/14 30/24 31/1 32/2 34/10 34/23 35/2 35/6 38/7 38/12 39/9
**aren't [1]** 28/15
**argue [2]** 15/22 32/12
**arguing [1]** 15/19
**argument [9]** 11/9 17/5 18/21 19/1 19/2 19/5 19/7 19/16 19/25
**arguments [16]** 7/12 10/1 10/4 13/7 14/24 15/4 15/8 15/12 15/16 16/8 18/19 19/22 19/22 30/14 31/18 34/11
**arise [1]** 32/4
**Arlington [1]** 1/15
**articulated [1]** 30/5
**as [53]**
**ascertaining [1]** 31/23
**ask [3]** 3/5 19/8 23/12
**asking [1]** 29/3
**aspect [1]** 38/2
**assist [1]** 12/7
**assistance [1]** 38/15
**assume [2]** 30/3 36/21
**assumed [1]** 23/20
**assuming [5]** 5/15 20/17 25/18 27/5 33/9
**attached [1]** 25/6
**attachment [1]** 27/18
**attachments [1]** 26/9
**attempting [1]** 7/12
**attention [2]** 28/1 28/1 35/2
**ATTORNEY [2]** 1/14 1/19
**August [5]** 20/11 20/18 21/4 22/4 41/10
**authority [4]** 7/2 7/20 11/9 12/14
**Avenue [1]** 2/14
**avoid [3]** 18/1 18/10 19/21
**aware [2]** 23/22 25/16
**away [1]** 7/15

**B**

**back [3]** 29/16 34/12 38/24
**ballooned [1]** 13/19
**Barrett [1]** 2/13
**based [2]** 8/15 24/14
**basically [1]** 17/21
**basis [1]** 12/16
**be [82]**
**because [31]** 3/25 4/15

**8/3**
**13/18 14/7 14/23 15/19 16/3 16/9 16/13 18/24 19/14 24/25 25/16 26/1 26/12 26/22 28/11 28/13 29/12 30/14 31/21 32/5 33/12 35/4 36/23 38/25 39/7**
**become [1]** 14/12
**becomes [2]** 13/18 23/5
**been [21]** 3/25 4/18 7/22 9/4 10/18 11/25 19/3 24/7 25/19 25/19 25/21 27/2 27/2 27/4 27/11 28/1 28/11 28/13 31/10 31/13 34/2
**before [10]** 1/10 13/2 14/3 16/20 26/11 29/20 37/10 37/16 38/22 39/11
**behalf [3]** 3/15 7/19 15/16
**being [4]** 16/16 18/19 21/8 35/6
**believe [6]** 11/22 21/10 28/10 29/19 35/25 37/6
**belonged [1]** 15/20
**benefit [1]** 19/24
**Benz [1]** 15/20
**between [2]** 11/17 34/4
**Bey [17]** 4/7 4/11 4/19 6/17 8/18 8/25 9/4 9/7 9/25 10/2 10/14 11/4 17/1 18/20 19/15 39/19 39/21
**Bey's [3]** 5/24 8/22 9/15
**big [2]** 19/13 37/17
**bit [4]** 5/18 14/21 15/1 26/24
**blot [1]** 36/2
**blotted [1]** 35/25
**both [2]** 9/3 14/20
**Boulevard [1]** 2/8
**brief [11]** 6/21 7/6 13/9 18/11 18/12 18/20 19/4 19/14 21/21 22/7 29/25 30/17
**briefing [3]** 13/7 23/3 30/17
**briefly [2]** 28/5 36/18
**briefs [2]** 18/24 20/4
**bring [2]** 10/14 10/18
**bringing [1]** 27/25
**brought [1]** 28/1
**Brown's [1]** 4/25
**burden [3]** 7/25 12/2 12/6
**burdens [1]** 11/21
**burdensome [2]** 9/23 12/4

**C**

**CA [1]** 2/9
**call [5]** 22/9 37/11 37/16 38/23 39/11
**came [1]** 15/5
**can [33]** 6/13 7/1 9/12

**C**

**can...** [30] 10/3 12/5 12/8 14/4 15/5 16/13 16/25 17/5 17/23 17/24 17/25 20/10 21/15 22/9 25/2 26/22 27/8 28/19 29/5 29/9 30/1 32/12 34/3 35/14 35/15 36/10 37/3 39/4 39/16 40/2
**can't** [6] 12/15 13/4 16/2 19/14 30/21 39/23
**caption** [6] 4/10 39/14 39/15 39/19 39/20 39/23
**car** [1] 15/23
**care** [1] 40/6
**case** [48]
**case/claims** [1] 33/21
**cases** [4] 7/3 12/1 13/5 29/13
**cause** [3] 28/10 30/5 32/17
**causes** [4] 8/13 9/6 9/10 9/11
**caveat** [1] 18/18
**CCS** [1] 27/24
**CCS 28** [1] 27/24
**certain** [3] 15/11 24/18 35/25
**certainly** [7] 7/1 7/2 7/11 7/25 8/2 17/14 32/7
**Certified** [1] 2/12
**certify** [1] 41/2
**CH** [1] 2/13
**Chad** [1] 26/14
**Chad Copeland** [1] 26/14
**change** [4] 4/10 39/14 39/19 39/25
**changed** [2] 18/8 39/15
**charges** [1] 31/4
**Charles** [2] 2/2 3/18
**charlie** [1] 2/6
**check** [1] 39/2
**checks** [1] 30/7
**child** [8] 35/10 35/12 35/13 35/13 35/22 36/6 36/7 36/19
**child's** [3] 35/17 35/21 36/13
**choose** [2] 28/22 28/24
**Cienega** [1] 2/8
**Circuit** [1] 38/14
**Civil** [2] 1/20 3/3
**claim** [4] 9/3 9/3 37/19 37/25
**claims** [16] 4/8 6/21 7/14 8/24 9/1 9/2 9/6 10/7 10/8 10/8 10/9 10/14 10/18 12/12 33/8 33/21
**clarify** [1] 32/11
**clean** [1] 4/1
**clear** [5] 5/8 8/14 9/22 10/13 18/18
**cleared** [1] 34/19
**Clerk** [5] 24/3 25/1

**Clerk's** [3] 27/17 29/6 40/2
**client** [4] 7/19 9/24 15/17 37/22
**co** [2] 3/7 3/14
**co-counsel** [2] 3/7 3/14
**COBB** [1] 1/10
**COLUMBIA** [6] 1/1 1/19 3/4 3/15 39/21 39/22
**come** [5] 12/22 15/19 16/15 22/8 31/21
**comes** [2] 18/20 37/20
**coming** [1] 33/12
**complaint** [31] 8/12 8/15 8/22 8/23 9/6 9/10 9/16 9/16 10/6 11/3 11/4 11/8 11/11 12/11 12/16 23/2 24/13 25/4 25/7 25/7 25/12 25/16 26/1 26/9 26/18 27/18 30/20 31/14 33/6 33/17 34/18
**complaints** [1] 11/17
**completely** [2] 16/21 31/11
**complex** [1] 34/10
**complexity** [1] 29/22
**component** [1] 25/13
**computer** [1] 2/17
**computer-aided** [1] 2/17
**concern** [1] 10/20
**concerned** [2] 6/15 14/10
**concerns** [1] 6/22
**conclude** [4] 37/10 37/16 38/23 39/11
**concluded** [1] 40/10
**concretely** [1] 20/10
**confer** [8] 5/22 9/25 11/18 13/2 13/6 13/24 14/8 39/4
**conference** [8] 1/9 5/14 5/22 5/25 6/14 14/3 17/4 38/10
**conferral** [2] 12/5 16/25
**conferring** [1] 16/20
**conflict** [1] 23/24
**conflicts** [1] 30/7
**confused** [1] 26/25
**confusing** [1] 4/15
**consideration** [1] 16/1
**considered** [1] 5/5
**considering** [1] 31/8
**consistent** [1] 9/23
**consolidated** [2] 4/7 8/2
**Constitution** [1] 2/14
**constitutional** [1] 9/2
**construed** [1] 34/19
**contact** [2] 25/24 29/13
**contain** [1] 6/1
**context** [1] 36/1
**CONTINUED** [1] 2/1

**convene** [1] 3/22
**convenient** [1] 30/9
**conversation** [1] 15/7
**convinces** [1] 14/9
**Copeland** [1] 26/14
**copying** [1] 10/8
**correct** [7] 9/12 9/14 27/5 27/12 30/25 33/22 41/3
**corresponding** [1] 26/9
**could** [15] 5/9 5/25 7/7 9/25 10/2 15/4 15/19 15/24 18/5 26/7 29/13 29/14 29/16 30/10 32/11
**counsel** [20] 3/7 3/8 3/14 5/21 5/24 7/17 7/17 14/22 15/9 18/12 19/6 19/13 19/19 19/21 19/25 28/25 29/12 32/7 34/20 38/8
**couple** [1] 33/2
**course** [1] 17/7
**court** [17] 1/1 2/11 2/13 9/22 10/9 25/5 27/16 28/17 29/16 29/20 34/23 36/20 37/21 37/24 38/15 39/13 41/7
**Court's** [2] 28/1 38/14
**COVID** [2] 25/10 41/6
**COVID-19** [1] 41/6
**create** [1] 11/21
**criminal** [3] 29/12 31/4 31/8
**CRR** [2] 41/2 41/11
**currently** [1] 20/12
**cut** [2] 17/14 31/21
**CV** [1] 1/4

**D**

**D.C** [6] 1/5 1/6 1/21 2/4 2/14 34/23
**damages** [2] 6/21 16/14
**date** [3] 31/6 34/13 41/10
**David** [3] 1/13 1/13 3/8
**day** [6] 13/2 18/10 22/9 26/6 26/7 37/9
**days** [7] 21/14 22/3 22/6 22/21 26/5 30/24 31/14
**dc.gov** [1] 1/22
**deadline** [6] 17/19 20/12 21/7 28/13 29/19 39/7
**deadlines** [1] 28/20
**deal** [8] 5/14 5/25 6/3 6/6 23/5 36/10 36/22 37/8
**dealing** [1] 6/9
**dealt** [2] 23/2 37/7
**death** [1] 15/24
**DeBerardinis** [4] 1/18 3/15 21/20 21/23

**decedent's** [1] 5/4
**decision** [1] 23/17
**deemed** [1] 7/17
**default** [3] 21/8 21/11 22/6
**defect** [1] 32/15
**defend** [1] 6/23
**Defendant** [1] 1/17
**defendants** [14] 1/7 11/1 11/2 23/18 25/1 28/9 28/14 28/21 29/20 31/13 31/24 32/2 32/4 32/18
**defendants'** [2] 15/3 33/4
**defending** [1] 13/17
**deficient** [2] 16/9 39/8
**definitely** [1] 13/12
**delayed** [1] 28/11
**deny** [1] 33/7
**department** [2] 23/24 24/15 26/7 31/2
**depending** [1] 32/12
**desire** [1] 14/20
**developed** [1] 19/23
**did** [9] 8/24 13/5 13/8 24/24 25/9 35/16 36/21 38/25 38/25
**did you** [1] 24/24
**didn't** [6] 6/15 9/9 13/5 19/18 25/6 35/14
**different** [9] 8/13 9/8 11/8 19/7 19/9 19/16 26/5 31/2 31/18
**difficult** [4] 14/21 29/9 29/10 30/1
**direction** [1] 20/8
**discovery** [9] 5/12 5/13 5/19 5/23 6/3 6/5 6/8 6/14 23/4
**discuss** [2] 6/11 6/14
**discussion** [1] 8/16
**discussions** [3] 38/6 38/7 38/17
**dismiss** [13] 5/16 6/12 6/15 7/13 7/14 7/18 8/15 8/17 13/24 20/21 20/22 23/7 33/5
**dismissed** [3] 4/8 33/8 33/17
**dismissing** [1] 33/21
**displaced** [1] 14/21
**dispositive** [1] 11/1
**DISTRICT** [45]
**District's** [11] 4/21 5/11 12/25 13/10 14/24 16/7 16/7 20/14 28/13 28/22 31/22
**Division** [1] 1/20
**DNA** [1] 34/24
**do** [27] 6/22 7/4 8/2 8/4 8/7 10/5 12/23 13/21 14/4 14/23 16/19 17/6 21/17 22/20 23/13 24/2 24/12 25/21 25/24 24/12 25/21 25/24 27/18 28/4 29/22 30/12 35/14 35/16 36/10

**Do you** [1] 23/13
**do you have** [1] 21/17
**docket** [12] 3/24 4/1 4/10 5/5 24/3 24/25 25/7 33/4 33/11 33/13 36/24 37/3
**document** [1] 23/11
**documents** [2] 17/2 26/8
**does** [10] 5/3 6/10 14/15 20/19 21/3 30/19 36/11 37/21 37/22 37/25
**doesn't** [6] 6/24 15/9 15/9 19/3 27/1 29/15
**doing** [2] 10/16 11/18
**don't** [30] 8/4 8/6 10/1 10/3 10/5 11/21 12/3 12/11 12/14 13/17 17/25 18/23 18/23 18/24 19/5 19/11 19/15 22/13 24/14 24/25 25/7 27/23 30/6 31/6 31/21 33/20 34/7 34/24 35/10 35/16
**double** [1] 39/2
**double-check** [1] 39/2
**down** [1] 16/15
**draft** [1] 17/16
**drafted** [1] 17/17
**dshurtz103** [1] 1/16
**due** [3] 9/3 22/13 28/11
**due-process** [1] 9/3
**duplicative** [15] 10/1 10/3 11/19 12/19 13/25 14/13 15/14 16/22 18/14 18/19 18/21 18/24 19/9 19/22 20/3
**during** [1] 41/5

**E**

**each** [4] 11/3 26/4 26/7 26/17
**earlier** [5] 32/12 33/5 33/18 34/13 35/3
**early** [2] 22/10 34/16
**easier** [6] 12/22 13/1 17/12 17/19 18/12 18/20
**easiest** [1] 18/2
**easy** [2] 14/5 30/12
**ECF** [3] 23/11 26/12 33/4
**effect** [6] 26/22 28/8 28/18 29/3 29/15 29/25
**effected** [1] 28/21
**effectuated** [1] 26/3
**efficient** [1] 17/4
**either** [6] 5/24 20/17 22/25 30/20 31/9 39/10
**electronically** [1] 25/11
**else** [4] 36/11 37/10 37/15 38/22
**Email** [4] 1/16 1/22 2/5

**E**

Email... [1] 2/10
employed [1] 31/1
employees [1] 28/24
encourage [2] 34/9
35/3
encouraged [1] 28/16
end [5] 4/13 31/8 35/15
36/10 37/4
ends [1] 32/6
ensure [5] 4/3 7/12
10/3 13/24 16/21
ensuring [1] 7/12
entry [3] 5/7 22/25 25/8
especially [1] 31/8
essentially [3] 5/15
18/13 19/22
established [1] 28/14
estate [2] 37/24 38/2
et [4] 1/3 1/6 39/21
39/22
even [1] 25/13
evening [1] 29/5
eventually [1] 25/24
ever [1] 25/1
everybody [1] 17/2
everyone [3] 3/21 4/13
40/8
everyone's [1] 34/21
everything [2] 18/9
32/11
exact [1] 20/5
example [2] 9/25 14/2
exclude [1] 16/3
exhibit [2] 35/9 35/16
expected [1] 11/2
experience [2] 24/11
29/6
extended [2] 29/18
39/7
extension [4] 28/7
28/17 29/25 32/13
extent [8] 6/2 10/20
15/11 23/6 31/4 32/15
34/18 35/24

**F**

fact [4] 29/23 35/22
35/24 37/22
facts [1] 15/25
factual [1] 12/15
fair [2] 12/23 12/23
falling [1] 17/9
falls [1] 22/12
familiar [1] 7/3
familiarity [1] 11/6
far [1] 16/16
fashion [1] 18/6
fault [1] 28/12
feel [1] 36/7
feels [1] 19/23
few [1] 13/3
file [14] 5/16 6/17 6/18
7/4 7/18 7/24 8/5 10/2
12/11 18/16 24/14
25/25 27/16 35/15
filed [18] 4/18 4/20
5/20 7/7 8/12 8/18

21/14 23/7 23/10 26/2
26/11 26/20 31/9 35/6
files [4] 10/2 13/24
17/2 22/6
filing [4] 13/2 16/20
18/13 18/20
filings [2] 3/23 4/11
final [3] 17/18 18/11
34/1
Finally [1] 39/9
finding [3] 28/10 32/17
34/16
fine [5] 17/9 20/23
21/16 22/16 30/16
first [2] 4/5 15/13
fleshed [1] 19/5
focus [2] 34/11 35/1
focused [1] 16/8
follow [2] 24/8 24/10
following [1] 5/8
forced [2] 6/19 6/23
foregoing [1] 41/3
forgot [1] 39/10
former [4] 4/8 4/22
29/11 29/11
forth [2] 15/15 34/12
forward [6] 4/14 5/9
34/9 34/23 35/2 35/5
fraud [1] 34/6
free [2] 15/8 38/7
full [2] 17/16 19/25
fully [3] 19/5 19/23
34/24
further [2] 32/3 37/12
future [1] 28/14

**G**

gave [1] 17/18
GENERAL [1] 1/19
gerstein [24] 2/2 2/3
2/6 2/7 2/10 3/8 7/2
9/9 11/12 12/18 13/21
14/2 16/19 22/5 23/10
26/20 27/24 28/3 30/5
31/1 31/20 36/12 39/4
39/9
gerstein-harrow.com
[2] 2/6 2/10
get [11] 11/17 12/6
19/9 22/9 27/20 28/24
29/4 29/16 38/18 39/16
40/5
getting [3] 12/19 23/9
33/3
give [6] 8/1 12/23 14/1
17/12 18/15 32/7
given [7] 4/6 4/24 5/4
5/16 29/22 33/7 33/8
globally [1] 32/20
gmail.com [1] 1/16
go [8] 7/15 24/10 31/22
32/8 32/11 37/18 37/22
38/24
going [36] 3/5 4/14
4/15 5/16 6/4 6/6 6/22
11/2 11/5 13/12 18/9
19/9 20/6 20/7 21/24

30/12 30/15 30/23 31/5
31/7 31/23 32/7 33/7
34/23 35/5 36/9 38/18
38/24 39/13 39/16
39/18 39/19
good [12] 3/10 3/12
3/16 3/17 3/21 8/21
14/9 18/25 28/10 30/5
32/17 37/5
got [4] 8/10 26/4 26/18
39/1
grant [3] 5/6 7/13
28/17
granted [2] 16/5 29/24
great [2] 40/1 40/8
ground [2] 4/24 5/3
group [1] 19/8
guess [5] 8/9 8/10 15/6
19/20 20/1

**H**

had [9] 9/5 21/7 25/10
26/8 26/11 26/20 27/11
33/19 34/20
hadn't [2] 9/7 10/15
handle [4] 4/12 4/16
5/12 37/3
happened [1] 34/13
happens [1] 37/20
happy [1] 38/13
hard [3] 14/18 15/1
36/2
HARROW [6] 2/3 2/7
2/7 3/20 23/10 39/5
harrow.com [2] 2/6
2/10
has [22] 4/8 4/23 5/24
5/24 6/20 7/9 7/11 8/14
8/25 10/18 19/3 24/16
27/24 28/1 28/11 28/13
29/6 30/5 30/20 31/9
33/8 35/9
hash [1] 38/11
hasn't [1] 27/1
hate [1] 36/18
have [61]
haven't [2] 15/22 31/13
having [2] 14/3 14/18
he [2] 27/24 27/24
he's [1] 12/19
heading [1] 19/13
hear [7] 7/21 9/9 11/10
12/20 24/6 30/6 35/18
hearing [2] 3/22 41/5
hearings [1] 5/17
heavily [1] 11/18
helpful [7] 17/17 18/25
20/4 20/6 34/8 35/4
38/11
her [11] 4/8 5/4 8/12
11/3 12/10 12/11 17/1
18/20 25/18 33/8 33/21
here [7] 13/8 14/19
16/11 28/11 28/13
28/15 32/19
here's [2] 5/11 24/2
hers [1] 10/3

hesitate [1] 19/7
Hilton [1] 3/19
his [2] 15/24 22/7
history [1] 34/25
hold [2] 22/11 25/15
holiday [1] 22/14
Honor [31] 3/2 3/12
3/17 6/13 8/9 10/10
10/24 11/15 16/23
18/17 20/9 20/15 20/20
21/5 21/11 21/18 22/21
23/15 23/19 27/8 27/13
28/5 30/16 32/9 32/24
33/23 36/16 37/13
39/12 40/1 40/6
HONORABLE [1] 1/10
hopeful [1] 13/16
hostility [1] 34/4
hours [1] 29/7
housekeeping [7] 3/24
4/6 4/14 33/2 33/10
36/23 37/8
how [16] 5/11 5/22 6/9
6/22 11/25 13/18 14/19
14/19 14/22 15/4 22/20
27/21 29/2 30/7 31/6
38/16
however [1] 30/6
HYLTON [26] 1/3 2/2
3/3 4/8 4/25 5/2 5/3
6/18 8/12 9/1 12/10
15/20 16/12 18/19 19/3
19/22 23/5 33/8 33/18
33/21 34/17 36/6 38/1
38/2 39/20 39/24
Hylton's [23] 4/23 5/21
6/2 7/17 7/17 8/15 8/23
9/2 11/3 14/22 15/9
15/13 18/12 18/16 19/6
19/13 19/19 19/21 33/6
33/17 34/15 35/8 38/8

**I**

I am [3] 30/4 34/24
38/12
I assume [2] 30/3
36/21
I assumed [1] 23/20
I believe [6] 11/22
21/10 28/10 29/19
35/25 37/6
I can [4] 12/8 25/2
32/12 34/3
I can't [2] 13/4 39/23
I did [4] 13/5 25/9
38/25 38/25
I didn't [2] 9/9 13/5
I didn't see [1] 25/6
I don't [9] 12/3 12/11
18/23 18/24 19/5 27/23
34/7 34/24 35/16
I guess [3] 8/9 8/10
19/20
I have [7] 5/5 13/4
16/23 23/2 26/25 37/6
37/18
I just [11] 4/1 4/13 8/11

29/23 30/18 33/18
33/24 34/7 34/14 35/1
35/5
I know [6] 6/7 18/8
18/9 25/10 29/18 33/2
I mean [5] 14/5 17/11
25/9 25/14 26/20 31/17
I recall [1] 24/12
I think [34] 4/9 4/15
10/13 10/16 10/17
10/21 12/9 12/25 13/3
13/9 13/22 14/7 15/10
16/6 17/4 17/11 17/17
18/11 19/1 19/8 19/12
19/18 20/7 20/11 26/21
29/10 30/5 31/9 31/11
31/15 32/2 35/14 35/23
37/3
I understand [4] 4/18
8/9 17/24 34/22
I want [4] 9/21 14/5
34/9 35/11
I wanted [2] 3/22 4/17
I was [3] 7/16 20/25
34/16
I will [14] 5/6 12/7
12/10 12/17 12/20 14/1
17/12 19/20 22/24 23/5
30/6 30/24 37/2 39/14
I would [3] 9/5 12/2
15/6
I wouldn't [1] 25/15
I'd [1] 14/7
I'll [7] 4/5 7/21 8/20
11/9 27/22 32/10 35/18
I'm [44]
I'm going [6] 3/5 23/9
33/7 36/9 38/18 38/24
I'm just [2] 18/10 27/25
I'm not [4] 16/11 16/16
19/12 27/20
I'm sorry [3] 4/22 16/7
20/22
I've [12] 4/19 5/1 7/10
16/5 25/23 26/4 34/2
34/14 34/15 34/19 39/1
39/7
idea [1] 14/9
identified [1] 30/25
ignore [2] 17/23 17/24
imagine [3] 27/6 27/11
30/14
immediately [1] 40/6
important [2] 35/21
35/21
impossible [1] 13/18
impression [1] 34/16
imputation [1] 36/19
imputing [1] 36/6
inclination [1] 7/16
include [5] 13/9 15/8
30/13 35/11 36/3
included [1] 10/7
incorporated [1] 9/15
indeed [1] 10/2
indicated [1] 33/18
indicating [1] 24/6
indication [2] 10/10

**I**

**indication... [1]** 15/21
**individual [18]** 23/14
23/18 24/5 24/7 25/17
26/15 27/3 27/10 27/21
28/8 28/21 29/10 30/1
30/13 30/15 31/13
31/19 32/18
**inform [1]** 15/5
**initially [2]** 17/12 29/14
**instance [1]** 15/13
**instead [2]** 20/21 21/2
**instructing [1]** 19/21
**intend [4]** 9/16 10/5
35/14 35/16
**intended [1]** 35/10
**intent [1]** 5/13
**intention [1]** 10/14
**intentional [1]** 35/19
**interest [3]** 7/10 7/11
7/24
**internal [1]** 31/7
**intervene [11]** 4/18
4/24 5/3 5/6 7/8 9/1
9/12 9/17 10/17 12/10
16/6
**intervenor [16]** 2/2
3/18 4/9 6/18 7/11 7/24
12/6 12/13 12/15 13/6
14/16 22/18 26/22
28/12 34/5 39/25
**intervenor's [2]** 27/23
29/24
**intervenors [2]** 7/4 7/8
**intervention [11]** 7/14
8/15 8/24 10/6 11/8
11/11 12/11 12/16 23/3
29/24 35/9
**introduce [2]** 3/6 3/6
**introducing [1]** 12/12
**involved [3]** 14/6 38/5
38/18
**is [93]**
**is there [2]** 37/9 38/21
**isn't [1]** 19/9
**issue [14]** 6/1 8/11
16/16 19/19 22/24 23/5
24/2 29/20 33/9 33/16
34/14 35/7 36/20 38/11
**issued [3]** 24/4 25/1
25/8
**issues [20]** 4/3 5/10
14/11 14/12 15/18
15/24 18/10 23/10
27/19 28/2 30/8 31/5
31/24 32/4 34/10 34/11
35/2 37/7 38/12 39/10
**it [62]**
**it would be [7]** 5/18
13/1 17/17 19/6 22/12
22/13 30/9
**it's [40]** 4/15 5/13 7/22
8/14 10/13 12/9 12/13
12/21 13/16 14/13
14/21 15/1 15/14 16/9
16/21 17/19 18/12
19/16 19/18 20/4 20/6
20/7 20/17 23/9 24/19

**J**

**jam [1]** 22/13
**James [2]** 1/18 3/14
**jason [3]** 2/7 2/10 3/20
**JIA [1]** 1/10
**join [2]** 4/9 7/10
**joined [2]** 3/14 3/20
**Jones [20]** 4/7 4/11
4/19 5/24 6/17 8/18
8/22 8/25 9/4 9/7 9/15
9/25 10/2 10/14 11/4
17/1 18/20 19/15 39/19
39/21
**Jones-Bey [10]** 4/7
4/11 4/19 8/18 9/25
10/2 11/4 17/1 39/19
39/21
**Jones-Bey's [1]** 9/15
**Jr [1]** 1/18
**judge [2]** 1/10 38/14
**July [1]** 1/5
**June [1]** 26/2
**jury [1]** 37/19
**just [58]**
**justice [1]** 9/23

**K**

**KAREN [7]** 1/3 2/2 3/3
4/8 6/18 36/6 38/1
**Karen's [1]** 37/19
**Karon [3]** 15/20 36/7
38/2
**Karon's [1]** 35/23
**Karyn [1]** 3/19
**Karyn Hilton [1]** 3/19
**Katrina [2]** 1/17 3/13
**katrina.seeman [1]**
1/22
**keep [2]** 30/10 35/11
**keeping [1]** 30/17
**kind [7]** 4/16 6/7 9/11
8/18 25/3 31/20 35/3
**know [38]** 4/13 6/4 6/6
6/7 7/6 8/1 8/3 8/3 9/7
9/21 10/5 11/16 12/17
13/25 14/2 15/12 18/8
18/9 19/12 25/10 25/17
26/5 26/8 26/24 27/12
27/15 27/20 27/22
27/22 29/18 30/6 30/24
31/6 33/2 33/11 34/2
34/15 10 39/4

**L**

**La [1]** 2/8
**Labor [1]** 22/9
**laid [1]** 13/7
**language [1]** 34/6
35/20 36/4
**last [1]** 29/18
**late [3]** 23/9 33/3 37/9

**law [3]** 1/14 5/2 34/12
**lawyers [1]** 19/8
**lay [1]** 12/15
**lead [1]** 39/20
**least [2]** 10/19 34/5
**leave [1]** 27/22
**legal [6]** 4/23 5/3 15/4
34/10 34/11 35/2
**legally [1]** 16/9
**lessen [1]** 12/10
**let [9]** 4/13 9/9 11/14
23/12 26/2 28/7 29/4
32/10 33/10
**let's [3]** 15/18 31/20
33/1
**Let's see [1]** 33/1
**level [1]** 25/15
**Lewis [1]** 2/2
**liberally [1]** 34/19
**Lieutenant [1]** 29/11
**like [9]** 13/6 13/8 13/11
14/20 17/24 18/15 23/4
26/5 29/15
**likely [1]** 13/12
**limitations [2]** 6/14
41/7
**limited [1]** 10/17
**limiting [1]** 7/25 9/11
15/15
**line [2]** 3/7 3/20
**lines [1]** 17/9
**list [1]** 8/20
**litigation [6]** 1/20 6/9
7/10 15/3 16/11 16/17
**little [6]** 5/18 8/10
14/21 15/1 26/24 36/2
**LLP [2]** 2/3 2/7
**logistics [1]** 27/21
**long [2]** 30/7 36/5
**longer [1]** 24/19
**look [4]** 26/2 26/7
29/15 38/24
**looked [2]** 8/22 8/22
**looking [3]** 20/25 21/1
26/12
**looks [1]** 8/25
**Los [1]** 2/9
**lot [5]** 3/25 11/16 31/6
31/7 31/7
**lying [1]** 34/7

**M**

**made [13]** 5/17 7/12
8/25 9/4 10/15 15/10
19/1 19/4 19/23 23/17
27/6 32/20 34/15
**magistrate [1]** 38/14
**magistrate judge [1]**
38/14
**make [19]** 4/1 9/21
9/22 10/1 10/1 10/3
11/9 11/19 14/5 15/9
16/24 19/3 19/7 19/18
19/22 21/15 32/16
33/24 39/25
**makes [4]** 6/3 10/12
13/3 15/14

**Marie [1]** 1/17
**matter [12]** 4/6 4/7
4/12 4/14 5/4 5/14 6/11
29/1 33/10 36/23 38/9
41/4
**matters [7]** 3/24 11/6
20/3 33/2 34/1 34/19
37/8
**may [11]** 6/11 8/3
16/15 16/24 23/22 28/2
28/24 33/15 34/3 34/13
34/13
**maybe [2]** 18/11 35/15
**me [33]** 7/1 8/13 8/25
9/9 9/12 11/14 14/9
14/22 15/1 15/5 18/25
19/4 19/24 20/4 20/6
21/16 22/2 22/2 23/12
26/2 27/1 27/24 28/7
29/4 31/17 34/8 35/4
36/4 36/23 37/10 38/22
39/10 39/13
**mean [8]** 7/7 14/5
17/11 19/11 25/9 25/14
26/20 31/17
**mechanical [1]** 2/17
**mechanism [1]** 16/25
**mediator [1]** 38/14
**mention [1]** 16/2
**Mercedes [1]** 15/20
**Mercedes-Benz [1]**
15/20
**merely [1]** 15/23
**Merit [2]** 2/12
**Metropolitan [2]** 23/24
31/1
**micromanage [1]**
19/11
**might [3]** 29/8 31/10
31/18
**mind [1]** 18/8
**minimally [1]** 9/23
**minor [3]** 35/12 35/12
35/13
**Minute [5]** 5/7 5/7
22/24 22/25 22/25
**minutes [1]** 30/11
**missing [1]** 25/13
**mistaken [1]** 34/16
**modification [1]** 9/15
**moment [1]** 28/17
**Monday [2]** 22/3 22/12
**moot [2]** 26/21 33/7
**more [11]** 6/3 6/7 8/25
10/13 14/1 17/13 28/3
30/9 30/23 34/12 35/6
**most [1]** 17/4
**mother [2]** 4/25 5/4
**motion [23]** 4/17 4/19
4/20 5/6 5/11 5/16 5/20
6/12 6/17 6/19 7/13
7/14 7/18 11/1 13/23
16/6 16/7 20/20 20/22
23/6 29/24 33/5 35/8
**motions [4]** 3/23 7/4
12/19 23/6
**move [7]** 5/9 6/15 8/14

**moved [1]** 4/9
**moving [1]** 35/2
**MPD [1]** 29/10
**Mr. [42]**
**Mr. DeBerardinis [1]**
21/23
**Mr. Gerstein [18]** 7/21
9/11 12/12 12/18 13/21
14/2 16/19 22/5 23/10
26/20 27/24 28/3 30/5
31/1 31/20 36/12 39/4
39/9
**Mr. Harrow [2]** 23/10
39/5
**Mr. Hylton-Brown's [1]**
4/25
**Mr. Shurtz [17]** 13/21
14/18 16/5 16/20 17/14
18/11 19/18 19/23
19/24 21/13 22/6 24/2
27/15 35/7 37/1 37/15
38/4
**Mr. Shurtz's [3]** 14/3
17/20 19/4
**Ms [1]** 6/6
**Ms. [64]**
**Ms. Hylton [15]** 5/2 5/3
8/12 9/1 12/10 16/12
18/19 19/3 19/22 23/5
23/16 32/18 33/21 34/17
39/24
**Ms. Hylton's [23]** 4/23
5/21 6/2 7/17 7/17 8/15
8/23 9/2 11/3 14/22
15/9 15/13 18/12 18/16
19/6 19/13 19/19 19/21
33/6 33/17 34/15 35/8
38/8
**Ms. Jones-Bey [7]**
6/17 8/25 9/4 9/7 10/14
18/20 19/15
**Ms. Jones-Bey's [2]**
5/24 8/22
**Ms. Seeman [15]** 5/15
6/25 10/12 13/23 15/10
18/8 20/19 21/17 22/19
25/18 27/4 29/18 33/20
36/12 37/9
**Ms. Seemaneman [1]**
26/25
**Ms. Seemen [1]** 23/12
**much [4]** 9/11 19/11
22/20 29/2
**must [1]** 26/24
**my [26]** 3/8 5/13 7/2
7/11 7/21 7/22 8/20
10/12 10/19 10/21 11/5
11/5 11/6 11/10 18/8
20/6 20/8 21/1 21/21
24/24 27/15 28/6 29/6
37/22 38/5 39/2
**myself [1]** 8/10

**N**

**name [1]** 3/8
**names [1]** 35/13
**Nash [1]** 1/14

**N**

natures [1] 15/25
NE [1] 2/3
necessarily [1] 7/15
necessary [5] 6/11
13/14 18/14 23/6 35/17
need [15] 4/3 4/9 8/3
12/20 14/2 28/3 34/25
36/7 37/2 37/8 37/10
37/15 37/22 38/22
39/10
needing [1] 13/11
needless [1] 11/21
needs [2] 31/25 32/3
negligence [1] 9/3
new [1] 12/12
next [3] 21/24 22/19
37/25
no [24] 1/4 6/20 10/11
10/11 16/2 16/23 17/7
18/21 20/23 21/18 22/8
22/11 22/11 22/15
28/11 33/9 33/23 34/16
36/5 36/7 36/15 36/17
39/12 39/17
no-duplicative-argume
nt [1] 18/21
normal [1] 38/25
not [58]
not-final [1] 18/11
notation [4] 25/11
33/11 33/12 39/24
note [1] 41/5
noted [1] 30/3
notes [1] 21/1
Nothing [1] 37/12
notice [5] 26/4 33/17
33/22 35/7 35/15
noticed [1] 33/13
notified [3] 25/19 27/2
27/4
now [14] 4/9 5/19 7/25
8/13 8/21 12/6 13/4
16/14 16/16 20/11 28/7
29/21 39/20 39/24
now-plaintiff [1] 12/6
NW [2] 1/20 2/14

**O**

object [2] 17/8 36/19
objected [2] 6/7 29/19
objecting [1] 33/21
objection [11] 4/19
14/6 16/20 16/23 17/7
17/24 30/3 36/5 36/11
36/15 36/17
objectionable [1] 18/5
objections [3] 5/5 5/23
13/22
objects [1] 4/19
obligation [1] 11/22
observing [1] 28/23
obvious [1] 37/18
obviously [6] 9/19
11/16 28/15 30/9 36/1
36/19
occasionally [1] 29/9
occurred [4] 31/17

occurs [1] 8/13
October [1] 22/23
October 6th [1] 22/23
odds [2] 14/15 14/23
off [1] 17/14
offer [2] 11/15 12/18
office [4] 1/19 27/17
29/6 40/2
officer [4] 24/11 24/16
29/11 31/2
officers [20] 23/14
24/6 24/7 24/21 25/17
25/20 26/15 27/1 27/3
27/11 27/19 27/21
29/10 30/1 30/13 30/15
30/24 30/25 31/19 32/6
Official [1] 2/13
oh [2] 16/2 22/15
okay [46]
once [8] 5/20 12/22
23/6 28/21 30/24 32/2
32/4 34/19
one [13] 9/14 10/23
14/14 15/18 17/3 20/1
22/19 26/5 26/17 32/10
34/2 37/18 39/12
ones [2] 11/19 11/20
ongoing [1] 31/8
only [6] 6/16 8/16 10/7
13/7 20/1 29/9
operative [1] 8/17
opportunity [2] 12/23
37/20
oppose [1] 14/16
opposed [1] 38/3
opposition [25] 4/20
4/21 6/10 6/17 6/18
6/20 7/7 7/13 7/18 8/6
15/4 15/12 15/13 16/8
16/21 18/16 20/13
20/17 20/21 20/25 21/8
21/13 21/17 22/18 35/8
orally [3] 14/4 17/6
28/7
order [6] 5/7 6/1 14/8
22/24 22/25 24/10
ordered [1] 17/1
other [7] 17/4 18/3
23/8 32/2 38/11 38/21
39/9
otherwise [1] 4/15
17/7 39/17
our [14] 4/12 6/21 9/16
9/19 9/23 10/2 16/3
17/21 21/21 31/7 35/15
36/10 37/4 39/15
out [16] 12/15 13/7
13/14 13/19 14/14 19/5
31/7 31/24 31/25 35/13
35/25 36/2 37/21 37/24
38/1 38/11
outlined [1] 24/22
outlining [1] 8/12
over [1] 16/11
overlap [1] 11/16
overruling [1] 5/6
own [6] 8/12 10/18

**P**

p.m [2] 1/6 40/10
page [5] 10/22 12/7
15/11 33/25 35/15
pages [4] 8/2 8/4 12/23
13/13
pandemic [1] 41/6
paragraphs [2] 11/3
11/4
parameters [1] 6/2
part [2] 10/25 35/19
participate [1] 5/21
16/12 16/13
participating [1] 5/23
participation [8] 5/12
5/19 6/2 6/8 16/2 16/3
23/4 34/15
particular [1] 24/16
particularly [1] 12/4
32/5 35/5
parties [10] 5/22 11/7
14/6 17/8 18/3 20/5
33/10 34/9 38/10 38/13
parties' [2] 35/1 38/5
party [6] 6/20 6/23 13/7
past [1] 25/24
path [1] 14/16
pending [5] 3/23 33/7
33/14 34/24 37/7
perfecting [1] 39/8
perfectly [1] 34/21
perhaps [1] 20/21
period [1] 24/18
permissible [1] 7/23
permitted [2] 8/7 18/19
personal [2] 34/17
37/23
personally [1] 38/4
perspective [1] 13/1
25/18 26/21
photo [3] 35/24 36/2
36/7
photograph [3] 35/17
36/13 36/24
photographs [1] 35/12
picky [1] 40/2
picture [4] 35/10 35/21
36/13 39/23
plaintiff [16] 1/13 3/5
3/9 4/8 4/11 4/18 6/16
12/5 12/6 13/8 14/17
22/18 27/23 29/24 34/4
39/25
plaintiff's [2] 4/12 34/2
plaintiffs [1] 1/4 34/4
plans [1] 22/14
pleading [10] 8/17
11/2 14/3 17/16 17/18
17/18 20/15 20/16 21/3
33/20
pleadings [8] 5/1 7/23
8/5 13/25 30/14 34/3
34/6 35/6
please [2] 32/11 41/5
plus [1] 17/3
point [12] 10/12 10/23

19/12 19/17 19/17
26/21 31/10 32/10
police [4] 23/24 24/11
25/24 31/2
position [6] 4/22 4/23
4/23 13/17 31/12 34/22
possible [2] 32/16
39/17
posture [2] 29/23 33/7
potential [1] 38/9
practice [2] 17/9 38/5
preclude [1] 16/1
preempted [1] 37/21
prefer [1] 18/9
preference [2] 13/10
17/22
prejudiced [1] 28/12
premature [1] 5/18
prepare [1] 13/5
prepared [1] 14/8
prerogative [1] 37/23
preserve [1] 7/4
Prettyman [1] 2/13
previously [1] 4/2
principle [1] 7/7
prior [3] 5/17 33/6
34/25
pro [2] 33/19 34/18
probably [5] 8/10
17/12 18/2 24/19 37/3
problem [2] 22/8 22/15
procedural [1] 29/23
procedurally [1] 33/25
proceed [3] 12/1 16/9
38/17
proceeding [1] 33/19
proceedings [2] 2/17
34/23 40/10 41/4
proceeds [2] 10/25
16/15
process [5] 9/3 23/23
27/16 30/7 31/22
produced [2] 2/17
15/22
program [1] 38/14
proper [1] 30/19
properly [3] 23/19
27/11 30/20
propose [1] 28/20
proposed [3] 8/23
20/11 29/5
proposing [2] 5/23 6/9
protocol [2] 24/10
24/16 25/10
protocols [2] 24/21
39/1
provide [2] 30/4 31/24
provided [1] 18/4
public [5] 35/11 35/13
35/17 36/13 36/24
pull [1] 13/4
punctilious [1] 36/18
purloined [1] 15/23
purposes [2] 20/6 39/8
pursuant [2] 24/21
38/25
pursue [1] 6/20

pursuing [1] 14/17
pushed [1] 31/10
put [8] 6/21 13/17
15/15 18/5 22/22 31/6
37/2 39/14
Putative [2] 2/2 3/18
puts [1] 22/3

**Q**

question [7] 9/8 10/23
16/14 23/12 24/24 27/9
37/25
questions [3] 37/17
38/16 38/21
quick [1] 32/10
quickly [1] 39/16
quite [1] 31/18

**R**

raise [3] 18/19 19/19
31/5
raised [3] 5/10 9/7
19/15
raising [1] 9/6
rather [2] 10/8 17/6
re [1] 37/12
re-argue [1] 32/12
read [6] 4/19 4/20 5/1
9/6 9/10 12/11
realize [1] 23/9
Realtime [1] 2/12
reason [2] 8/6 10/7
reasonable [2] 13/22
14/7
reasons [1] 13/3
recall [1] 24/12
receipt [1] 25/12
received [4] 24/14
24/16 26/8 26/14
receiving [1] 13/23
record [12] 3/3 3/6
30/18 30/25 32/11
32/17 35/11 35/13
35/18 36/14 36/25 41/3
recorded [1] 2/17
recovery [1] 14/17
redacting [1] 36/12
refer [1] 38/13
reference [2] 9/16
35/12
references [1] 34/6
reflect [2] 4/11 22/25
reflected [2] 5/7 33/6
reflecting [2] 24/25
33/13
reflects [1] 33/4
regard [1] 10/22
regarding [1] 23/11
Registered [1] 2/12
rehash [2] 34/25 35/3
rejected [1] 14/25
related [2] 19/17 38/12
relates [1] 30/17
relevant [1] 35/23
remains [2] 4/2 32/1
remedy [1] 32/16
remembered [1] 8/11
remotely [1] 41/7

**R**

repeat [1] 27/8
reply [5] 8/1 8/2 18/16 21/21 22/20
Report [1] 15/6
Reporter [4] 2/11 2/12 2/12 2/13
reporting [1] 41/7
represent [3] 23/13 23/13 30/13
representation [4] 23/23 25/20 30/8 31/23
representations [1] 5/17
representative [2] 34/17 37/23
represented [3] 24/5 28/22 29/12
representing [2] 27/5 32/6
request [3] 13/22 14/7 28/17
requested [3] 24/3 25/20 32/13
requesting [1] 23/23
require [1] 15/6
required [3] 8/16 13/6 24/17
resolved [4] 5/20 6/12 23/7 34/14
resources [1] 20/7
respect [6] 5/10 5/12 6/8 6/25 32/1 37/2
respective [1] 39/15
respond [14] 6/19 11/2 11/22 12/21 12/24 14/14 17/15 18/6 20/1 24/19 24/20 28/15 28/16 32/7
responded [1] 26/8
responding [3] 12/3 14/23 15/3
responds [1] 17/3
response [2] 10/2 17/1
responses [4] 12/18 12/21 17/2 19/10
responsive [6] 11/1 20/14 20/16 21/3 30/14 33/19
restriction [1] 18/21
review [1] 23/24
reviewing [3] 33/12 34/2 36/24
right [17] 4/24 5/3 8/8 12/10 13/4 14/16 20/11 21/21 24/23 29/21 30/20 30/21 31/12 33/24 39/20 39/24 40/8
rights [3] 7/5 9/20 28/12
RMR [2] 41/2 41/11
road [1] 16/15
Robert [3] 1/18 3/15 21/20
Robert DeBerardinis [2] 3/15 21/20
Rule [2] 5/21 28/8
Rule 26 [1] 5/21

rules [1] 21/11
ruling [1] 32/12

**S**

safe [1] 22/9
said [6] 12/9 18/15 20/25 21/1 23/4 34/18
same [17] 7/6 7/8 10/21 12/20 13/2 15/11 18/10 18/21 19/7 19/15 20/5 26/6 27/6 28/21 30/10 32/17 33/25
saw [1] 25/11
say [16] 4/5 15/18 16/2 19/14 20/4 23/21 24/15 26/24 27/25 28/4 29/14 31/13 34/7 34/14 35/5 36/4
saying [11] 8/10 15/10 15/25 19/12 19/20 25/18 26/13 26/14 26/23 27/10 36/6
says [1] 36/5
schedule [12] 4/2 5/25 6/1 20/11 21/11 23/1 23/1 23/3 30/10 30/17 32/1 32/3
scheduled [1] 31/9
scheduling [2] 5/14 28/25
se [2] 33/19 34/18
seal [1] 35/15
sealing [1] 36/12
second [3] 4/17 33/15 35/7
see [19] 8/6 8/24 12/14 13/5 14/2 17/5 24/2 24/25 25/6 25/7 25/9 26/12 26/13 29/4 33/1 33/11 33/20 36/9 39/2
seeing [2] 16/11 16/16
seek [1] 13/13
seeking [2] 9/1 9/12
seem [1] 19/4
Seeman [18] 1/17 3/13 5/15 6/6 6/25 10/12 13/23 15/10 18/8 20/19 21/17 22/19 25/18 27/4 29/18 33/20 36/12 37/9
Seemaneman [1] 26/25
Seemen [1] 23/12
seems [1] 14/20
seen [1] 13/4
sees [1] 18/12
send [3] 24/12 26/18 38/25
sending [1] 18/11
sense [4] 6/3 13/3 15/14 34/3
sensitive [1] 12/2
sent [1] 39/2
separate [4] 8/4 8/12 10/6 10/7
separately [1] 8/14 28/19 28/25
September [2] 22/18

September 6th [1] 22/20
serve [8] 17/1 24/24 25/4 26/17 27/19 27/21 29/9 30/1
served [12] 23/19 24/5 24/7 24/21 25/19 25/20 25/21 27/11 30/21 30/24 31/13 32/2
service [20] 23/11 24/11 24/22 25/11 26/3 26/22 27/2 28/2 28/8 28/11 28/18 28/21 29/3 29/15 29/19 29/25 30/19 30/22 32/15 39/8
services [1] 26/16
set [2] 4/2 32/3
Seth [1] 2/7
sets [1] 21/21
setting [1] 21/23
settle [2] 37/21 37/24
settlement [6] 38/1 38/5 38/9 38/10 38/12 38/17
she [11] 4/23 4/24 15/19 15/23 16/13 19/3 27/1 27/1 34/18 34/20 35/22
she's [1] 25/19
short [1] 31/21
should [10] 5/11 5/13 8/6 10/21 14/13 14/24 15/10 15/25 16/11 16/12
shouldn't [1] 16/9
show [1] 11/19
Shurtz [20] 1/13 1/13 3/8 13/21 14/18 16/5 16/20 17/14 18/11 19/18 19/23 19/24 21/13 22/6 24/2 27/15 35/7 37/1 37/15 38/4
Shurtz's [3] 14/3 17/20 19/4
sign [1] 25/2
signed [2] 25/5 29/6
similar [3] 7/9 17/9 30/15
situation [1] 15/2
smack [1] 21/21
small [1] 9/14
so [93]
so I think [7] 5/17 8/21 9/5 10/20 21/24 31/20 32/8
so it's [4] 14/21 15/1 15/14 26/5
So we'll [1] 4/16
some [13] 3/23 3/24 5/10 7/19 16/10 26/20 34/4 34/5 34/5 34/6 34/13 35/3 37/1
somehow [1] 18/6
someone [3] 7/9 7/24 14/8
something [9] 16/14 18/5 19/17 27/24 34/18 36/10 37/2 37/18 38/17

soon [2] 32/16
sorry [7] 4/22 10/10 13/4 16/7 20/20 20/22 27/8
sort [2] 13/18 40/3
sorting [2] 14/14 31/7
Sounds [1] 37/5
specific [1] 10/8
speed [2] 34/21 34/24
spend [1] 34/12
spent [1] 30/10
St [1] 1/14
stage [2] 15/2 16/17
stagger [1] 12/18
staggered [2] 12/21 17/25
standing [2] 6/20 6/24
stands [1] 34/22
Starting [1] 3/5
state [1] 30/18
STATES [2] 1/1 1/10
status [6] 1/9 3/22 5/4 15/6 23/11 26/25
stenography [1] 2/17
step [1] 21/24
still [8] 8/11 15/6 20/19 21/4 31/1 33/6 33/13 37/22
strategy [1] 15/3
streamline [1] 20/3
streamlining [1] 12/7
Street [2] 1/20 2/3
strong [1] 34/5
stuff [1] 31/5
subject [2] 19/13 41/6
submit [2] 27/17 29/5
subpoenas [1] 25/2
subsequently [1] 4/7
substantive [3] 7/4 7/23 8/17
substitute [1] 39/19
such [1] 25/19
sufficient [1] 22/6
suggesting [1] 12/15
suggestion [2] 16/24 17/8
suggests [1] 7/20
Suite [3] 1/15 2/4 2/8
summons [16] 24/4 24/9 24/12 24/24 25/1 25/4 25/6 25/8 25/21 27/17 27/17 27/19 29/5 31/14 39/16 40/5
Superior [1] 34/23
supplement [1] 18/13
support [3] 7/7 15/21 19/2
suppose [1] 15/6
sure [8] 4/1 8/19 10/1 11/19 22/17 32/17 33/24 34/10
Sutton [1] 29/11

**T**

table [1] 18/22
take [7] 12/17 12/17

somewhere [1] 19/22
sort [2] 13/18 40/3

taken [3] 15/25 38/1 40/5
takes [1] 30/7
taking [1] 38/3
talk [4] 5/18 20/10 28/19 32/3
talked [1] 23/3
talking [2] 30/11 31/17
task [1] 12/4
technical [1] 33/16
technicality [1] 25/15
technically [1] 25/13
technological [1] 41/7
TELEPHONIC [1] 1/9
tell [1] 7/1
telling [2] 20/5 26/25
tells [1] 27/24
tend [2] 9/5 10/16
terms [8] 7/25 8/5 13/11 13/13 23/4 30/7 37/19 38/16
tests [1] 34/24
text [4] 35/20 36/1 36/3 36/5
than [6] 6/8 9/1 10/8 17/6 24/19 30/23
Thank [6] 3/11 20/9 22/16 32/24 37/13 40/6
Thank you [5] 3/11 22/16 32/24 37/13 40/6
Thanks [1] 40/8
that [304]
that's [35] 4/12 4/18 6/9 7/20 8/20 9/14 10/19 10/20 11/25 12/23 13/12 14/7 14/9 15/21 17/8 17/12 18/2 18/3 18/12 18/17 18/24 18/25 20/8 21/16 21/18 22/15 23/1 23/20 28/20 31/2 31/5 31/5 31/15 36/20 38/17
their [21] 7/4 7/19 8/5 10/13 10/18 12/15 12/16 13/7 13/9 14/24 16/1 16/5 17/24 25/25 28/25 29/12 31/5 32/7 34/5 34/11 38/25
theirs [1] 17/25
them [9] 13/1 13/2 24/20 25/15 26/5 26/17 28/23 29/6 32/4
then [29] 4/7 5/25 7/14 10/12 10/24 13/7 14/13 17/2 17/3 17/23 18/13 18/15 19/18 20/11 21/7 21/13 22/5 22/19 23/22 24/18 26/18 27/19 27/19 32/10 33/11 34/1 37/25 38/21 39/25
theory [1] 14/19
there [22] 5/13 6/4 14/6 15/4 15/4 15/24 19/1 24/9 27/5 28/2 28/3 31/18 34/3 34/23 35/7 36/8 37/1 37/9 37/15

**T**

there... [3] 38/21 39/9 39/24

there's [23] 3/25 4/3 6/7 9/2 11/16 12/4 14/10 18/4 19/2 19/13 23/23 24/10 27/2 28/25 31/2 32/15 33/9 34/5 35/9 35/24 36/5 36/10 37/17

therefore [1] 41/6

these [7] 11/6 11/25 23/10 27/2 27/10 31/24 32/6

they [37] 8/6 10/16 11/22 14/12 14/13 14/14 14/15 14/23 14/24 15/22 16/2 17/24 17/25 17/25 18/5 24/13 24/13 24/14 24/14 24/15 24/18 25/10 25/12 25/21 25/24 25/25 26/8 26/18 28/16 28/22 28/24 29/12 31/14 31/21 32/8 33/11 39/1

they'd [2] 18/13 25/21

they'll [1] 28/15

they're [10] 5/22 10/13 10/17 15/19 19/25 25/14 25/16 26/6 32/5 35/4

they've [2] 25/14 25/18

thing [6] 4/5 20/5 23/8 25/3 29/9 33/15

things [6] 12/7 13/18 31/21 32/8 35/25 40/3

think [59]

thinking [1] 5/11

thinks [1] 19/24

this [58]

This is [2] 3/12 3/18

those [15] 5/6 7/14 7/22 10/7 10/9 15/24 15/25 24/20 25/5 26/11 30/13 31/4 32/4 40/2 40/5

though [1] 21/24

three [1] 11/18

through [5] 15/5 23/9 23/23 24/11 31/22

till [1] 29/8

time [33] 8/1 8/4 8/21 8/23 11/15 12/20 12/20 13/11 14/1 14/18 16/25 17/2 17/3 17/13 17/15 17/16 18/16 20/2 21/9 22/20 23/15 24/18 28/8 28/18 29/2 29/5 29/15 29/18 29/25 30/4 31/6 32/7 34/12

timely [1] 18/6

title [1] 15/23

titled [1] 41/4

today [2] 29/23 34/22

too [1] 19/11

top [1] 11/4

totally [2] 14/15 14/16

**transcript [3] 1/9 2/1** 41/3

transcription [1] 2/17

trial [3] 31/9 37/18 37/22

Trust [2] 22/2 22/2

try [1] 22/9

trying [3] 17/14 18/10 20/3

Tuesday [3] 22/13 22/15 22/17

two [14] 8/4 10/8 13/23 14/8 14/10 20/4 28/23 29/8 29/14 29/25 30/23 31/14 34/1 37/17

two-week [1] 29/25

types [1] 7/23

typical [1] 24/19

**U**

under [4] 21/11 28/8 30/20 34/16

understand [8] 4/18 8/9 9/21 11/25 14/22 15/1 17/24 34/22

understandable [1] 14/13

understanding [12] 7/3 7/22 7/22 9/19 10/19 10/21 11/7 11/9 11/10 11/12 14/19 27/15

Understood [1] 20/9

undoubtedly [1] 25/21

undue [1] 12/2

unfair [1] 31/11

unfairly [1] 6/23

unheard [1] 31/15

unique [1] 29/23

UNITED [2] 1/1 1/10

unless [2] 14/8 27/24

until [4] 6/10 6/11 6/14 17/23

up [17] 4/1 5/8 12/18 15/5 15/19 16/15 21/23 22/8 22/13 24/8 26/7 31/21 32/6 33/12 34/19 34/21 34/24

us [11] 3/20 11/18 13/17 17/1 17/10 22/3 22/16 22/22 30/9 35/3 36/17

use [1] 18/25

using [2] 21/8 21/10

Usually [1] 27/17

**V**

VA [1] 1/15

vacation [1] 21/22

versus [1] 3/3

very [7] 12/2 28/5 32/10 32/10 34/19 36/18 36/18

view [2] 19/9 14/24

voluntary [1] 33/17

vs [1] 1/5

**W**

waiting [4] 6/10 6/13

waive [3] 30/19 30/21 31/12

want [28] 8/4 9/21 9/22 11/9 11/21 12/17 12/21 12/22 13/17 14/5 15/9 17/15 17/25 18/18 18/23 19/15 22/13 22/20 28/16 30/18 31/21 32/16 34/7 34/9 35/11 36/4 38/8 38/15 36/22

wanted [15] 3/22 4/1 4/13 4/17 5/8 20/23 23/8 24/7 33/10 33/24 34/1 34/14 35/1 35/5 36/22

wants [2] 19/3 27/25

warranted [1] 28/11

was [28] 4/6 7/16 7/16 7/21 10/9 13/6 19/14 20/25 21/1 21/7 24/9 25/13 26/1 27/5 33/13 33/13 33/17 33/19 34/16 34/17 35/8 35/18 35/20 35/20 35/22 36/6 36/23 36/24

Washington [4] 1/5 1/21 2/4 2/14

waste [1] 20/7

way [9] 7/6 7/8 12/8 15/15 16/10 17/4 18/2 19/16 27/7

we [69]

we will [2] 22/9 40/5

we'll [5] 4/12 4/16 32/3 32/15 39/25

we're [6] 11/17 21/23 21/24 24/20 29/15 33/25

we've [2] 9/15 23/3

week [2] 17/3 29/25

weeks [2] 29/8 29/14

well [14] 8/21 11/12 14/1 15/18 16/5 22/10 22/11 23/14 23/25 25/2 25/23 26/4 38/4 39/5

went [1] 24/9

were [11] 10/16 18/9 21/8 21/10 23/21 24/21 25/20 27/1 29/12 31/17 34/19

weren't [2] 19/23 19/23

what [23] 8/9 13/22 14/12 14/15 15/10 17/5 19/9 19/20 21/1 21/7 23/20 24/24 25/24 26/22 30/6 31/23 34/10 34/13 35/20 37/20 38/24 39/2 39/14

what's [1] 19/8

whatever [5] 12/8 12/20 21/3 38/7 38/11

when [6] 23/17 23/18 25/23 26/2 33/11 33/18

where [8] 4/10 11/17 13/6 13/17 15/22 15/25 19/12 24/3

whether [4] 6/4 16/11

which [10] 7/3 9/3 9/15 11/19 11/19 14/14 15/2 16/1 25/20 34/18

want [28] 8/4 9/21 9/22 (duplicate listing)

who [8] 6/20 7/9 7/10 7/11 29/13 29/20 30/1 31/13

whoever [3] 24/15 25/24 26/15

whole [3] 9/17 32/21 36/1

whose [1] 28/12

why [4] 8/6 14/23 14/24 33/12

Wiley [2] 1/18 3/14

will [24] 5/6 5/7 7/14 12/7 12/10 12/17 12/20 13/13 14/1 17/12 19/20 22/9 22/24 22/25 23/5 29/10 30/6 30/24 37/2 39/14 39/15 39/21 39/24 40/5

William [3] 2/11 41/2 41/11

within [1] 29/6

wondering [1] 17/18

word [1] 21/1

words [2] 17/4 19/7

work [6] 14/19 20/19 21/4 31/24 31/25 39/2

worth [1] 28/23

would [57]

wouldn't [2] 18/14 25/15

written [1] 19/16

wrong [2] 9/13 33/16

**Y**

yeah [10] 10/10 11/24 16/4 17/11 18/2 26/17 32/5 36/22 37/17 40/4

year [1] 31/9

yes [15] 6/21 11/6 11/10 11/13 11/22 13/11 21/3 21/5 21/12 24/1 24/12 27/13 28/5 32/20 40/2

you [138]

you'd [1] 17/15

you're [10] 8/9 9/11 12/19 15/8 15/11 19/9 20/23 26/14 26/23 33/20

young [1] 35/10

your [59]

Your Honor [31] 3/2 3/12 3/17 6/13 8/9 10/10 10/24 11/15 16/23 18/17 20/9 20/15 20/20 21/5 21/11 21/18 22/21 23/15 23/19 27/8 27/13 28/5 30/16 32/9 32/24 33/23 36/16 37/13 39/12 40/1 40/6

yours [1] 15/14

yourself [1] 3/6

**Z**

Zabavsky [1] 29/11

Zaremba [3] 2/11 41/2 41/11