IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

AMAALA JONES-BEY, individually and
as personal representative of the Estate
of Karon Hylton-Brown,
Plaintiff,
KAREN HYLTON,
Plaintiff-Intervenor,

v.                                                                                  Case No. 21-CV-02674-JMC

JURY TRIAL IS DEMANDED

THE DISTRICT OF COLUMBIA;
TERRENCE SUTTON, in his individual
capacity; ANDREW ZABAVSKY, in his
individual capacity; CARLOS TEJERA, in
his individual capacity; AHMED AL-
SHRAWL, in his individual capacity; and
CORY NOVICK, in his individual capacity.

Defendants.

PLAINTIFF'S CONCURRANCE REGARDING NOTICE OF PENDENCY OF
MOTION AND REQUEST FOR RULE 16 CONFERENCE

Plaintiff-Intervenor Karen Hylton filed her Notice of Pendency of Motion and Request For Rule 16 Conference at 11:57 a.m. on December 15, 2023.  Plaintiff Amaala Jones Bey, the PR, sent her concurrence to the Gerstein-Harrow law firm on 12:53 p.m., thus, Plaintiff Amaala Jones Bey, is going on record and concurring in the Intervenor's request to hold a Motion's Hearing for a Request for a Rule 16 Conference with a view towards Motion's For Summary Judgement by the Plaintiff and Intervenor.

It is appropriate to point out that on October 23, 2023, this court has Ordered a Status Conference on January 24, 2024, which could be used for such a purpose. Plaintiff concurs that a Motion for a Rule 16 Conference should be granted and that this Court consider Motions for Partial Summary Judgment.

I ask for this:


_____/s/_____
David L. Shurtz, Counsel for Plaintiff
1200 N. Nash Street, # 835
Arlington, VA  22209
(202) 617-9141


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing concurrence was sent by this Court's electronic system to all parties noticed on this docket on December 18, 2023.



_____/s/_____
David L. Shurtz