## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMAALA JONES-BEY, individually and as personal representative of the Estate of Karon Hylton-Brown,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA; TERRENCE SUTTON, in his individual capacity; ANDREW ZABAVSKY, in his individual capacity; CARLOS TEJERA, in his individual capacity; AHMED AL-SHRAWL, in his individual capacity; and CORY NOVICK, in his individual capacity.<br><br>Defendants. | Case No. 21-CV-02674-JMC<br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER DIRECTING SERVICE BY A DATE CERTAIN ON DEFENDANT ANDREW ZABAVSKY

Plaintiff-Intervenor Karen Hylton's motion for an extension of time to effect service and for a further order that the United States Marshal for the District of Columbia be directed to effect service on Defendant Andrew Zabavsky is GRANTED. The Marshal is hereby ORDERED to effect service on Zabavsky expeditiously after receiving his residential address. The Marshal is further ORDERED to provide proof of service to Hylton's counsel, Charles Gerstein, and Plaintiff Amaala Jones-Bey's counsel, David Shurtz (by email at charlie@gerstein-harrow.com and dshurtz103@gmail.com) who are hereby ORDERED to keep proof of service confidential on an attorneys-eyes-only basis.

_____
The Hon. Jia M. Cobb
United States District Court for the District of Columbia
DATE: March 22, 2024

1