UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMAALA JONES-BEY, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-02674 (JMC) |

**ORDER**

As stated on the record on July 16, 2024, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that

The District of Columbia's motion to dismiss, ECF 45, is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to the following: Plaintiff Jones-Bey's Fourth Amendment claim (pursuant to 42 U.S.C. § 1983) and claims for battery, assault, negligence per se (including "statutory battery"), negligent infliction of emotional distress, intentional infliction of emotional distress, and negligent hiring. The motion is **DENIED** with respect to the following claims: Plaintiff Jones-Bey's Fifth Amendment (pursuant to 42 U.S.C. § 1983) and negligent training, supervision, and retention claims, as well as Plaintiff Jones-Bey's and Plaintiff Intervenor Hylton's negligence claims. It is further

**ORDERED** that Defendants Al-Shrawi, Novick, and Tejera's motion to dismiss, ECF 60, is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to the following: Plaintiff Jones-Bey's Fourth Amendment claim (pursuant to 42 U.S.C. § 1983) and claims for battery, assault, negligence, negligence per se (including "statutory battery"), negligent infliction of emotional distress, and intentional infliction of emotional distress, as well as Plaintiff

1

Intervenor Hylton's negligence claim. The motion is **DENIED** with respect to the following claims: Plaintiff Jones-Bey's and Plaintiff Intervenor Hylton's Fifth Amendment claims (pursuant to 42 U.S.C. § 1983).

**ORDERED** that Defendant Sutton's motion to dismiss, ECF 61, is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to the following: Plaintiff Jones-Bey's Fourth Amendment claim (pursuant to 42 U.S.C. § 1983) and claims for battery, assault, negligence, negligence per se (including "statutory battery"), negligent infliction of emotional distress, and intentional infliction of emotional distress, as well as Plaintiff Intervenor Hylton's negligence claim. The motion is **DENIED** with respect to the following claims: Plaintiff Jones-Bey's and Plaintiff Intervenor Hylton's Fifth Amendment claims (pursuant to 42 U.S.C. § 1983).

    **SO ORDERED.**

                                                                                _____

                                                                                JIA M. COBB
                                                                                United States District Judge

Date: July 22, 2024