UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMAALA JONES-BEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:21-cv-02674-JMC |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT TERENCE SUTTON'S
### MOTION TO EXTEND TIME TO FILE OPPOSITION

In accordance with Rule 6 of the Federal Rules of Civil Procedure, Defendant Terence Sutton respectfully moves the Court for a 7-day extension of time to respond to Intervenor's Motion to Certify Appeal as Frivolous, which Plaintiff has joined. Plaintiff consents to the extension but Intervenor does not.

### BACKGROUND AND ARGUMENT

On August 20, 2024, Sutton appealed this Court's July 22, 2024 Order partially denying his Motion to Dismiss. On August 27, 2024, Intervenor, Karen Hylton, filed a Motion to Certify Sutton's Appeal as Frivolous and Retain Partial Jurisdiction Pending Appeal. On September 5, 2024, Plaintiff Jones-Bey joined the motion and offered additional supporting argument. Sutton's response to Intervenor's motion is due September 10, 2024. Sutton now requests a 7-day extension to file his response.

Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time." This short extension is necessary for several reasons. First, Officer Sutton's sentencing hearings are scheduled for September 10 and 11, 2024. Second, counsel's pre-existing obligations in other matters, as well as other unexpected obligations that arose on short notice, have made it

impossible to comply with the existing deadline.  Third, Plaintiff joined Intervenor's motion on September 5, 2024, presenting new arguments that would most efficiently be addressed in a single opposition.

This extension will allow Sutton to fully address the novel issues raised in Intervenor's motion without prejudice to any party.

WHEREFORE, Officer Sutton respectfully requests that the Court extend his time to respond to Plaintiff-Intervenor's Motion to Certify Appeal as Frivolous to September 17, 2024.

## LOCAL RULE 7(m) CERTIFICATION

Pursuant to Local Civil Rule 7(m), counsel for Sutton sought consent to this extension from counsel for Plaintiff and Intervenor.  Plaintiff consented to the extension.  Counsel for Intervenor stated that he would only consent if Sutton agreed to respond to Intervenor's motion for summary judgment while Sutton's appeal is pending.  Since that is the subject of the motion at issue, Sutton did not agree to Intervenor's proposed *quid pro quo*.

Dated: September 9, 2024						Respectfully submitted,

						CROWLEY SO, LLP


						*/s/Daniel S. Crowley*
						Daniel S. Crowley, # 989874
						Katelyn A. Clarke, # 1780643
						1800 M Street N.W., Suite 850 S
						Washington, DC 20036
						Tel: (202) 232-1907
						Fax: (202) 232-3704
						dcrowley@crowleyso.com
						kclarke@crowleyso.com

						*Attorneys for Defendant Terence Sutton*