## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMAALA JONES-BEY, *et al.*, | |
| Plaintiffs, | Case No. 21-cv-02674 (JMC) |
| v. | |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant Zabavsky's motion to dismiss, ECF 107, is **GRANTED** in part and **DENIED** in part. Zabavsky's motion is **GRANTED** with respect to the following claims against him: Plaintiff Jones-Bey's Fourth Amendment claim (pursuant to 42 U.S.C. § 1983) and claims for battery, assault, negligence per se (including "statutory battery"), negligent infliction of emotional distress, intentional infliction of emotional distress, and negligent hiring, as well as all of Plaintiff-Intervenor Hylton's claims. The motion is **DENIED** with respect to Plaintiff Jones-Bey's Fifth Amendment claim (pursuant to 42 U.S.C. § 1983).

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 7, 2025

1