DEFENDANT'S
EXHIBIT
2

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Office of the Attorney General**

**ATTORNEY GENERAL**
**BRIAN L. SCHWALB**

**Civil Litigation Division**
**Section III**

VIA EMAIL

March 10, 2025

Joseph Caleb
Caleb Andonian PLLC
joe@calebandonian.com

Charles Gerstein and Jason Harrow
Gerstein Harrow LLP
charlie@gerstein-harrow.com

*Counsel for Plaintiff-Intervenor Karen Hylton*

**Re: *Amaala Jones-Bey, et al. v. District of Columbia, et. al.*, Civil Action No. 1:21-cv-02674 (JMC)**

Dear Counsel:

I am writing to attempt resolution of two discovery deficiencies. Please contact me so that we can meet and confer on these issues.

1) Failure to Disclose A Computation of Documents and Underlying Documents

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), Plaintiff-Intervenor is required to disclose "a computation of each category of damages claimed," along with documents and evidentiary materials upon which such computations are based. This requirement ensures that the District has an adequate and fair opportunity to conduct discovery regarding Plaintiff-Intervenor's claimed damages.

To date, Plaintiff-Intervenor has not provided any computation or supporting documentation regarding her claimed damages. We did receive an email dated December 23, 2024, from Counsel Gerstein stating that Plaintiff-Intervenor has no insurance coverage, intends to testify herself regarding damages, and has not computed damages at this time but will produce such computations if they are developed during expert discovery. The response is insufficient under Rule 26(a)(1)(E), which requires Plaintiff-Intervenor to provide computations of damages based on information "then reasonably available." Plaintiff-Intervenor must disclose any computations and supporting documentation currently available, rather than deferring them solely to expert discovery.

If Plaintiff-Intervenor does not cure these deficiencies by March 17, 2025, the District will seek appropriate relief from the Court, including but not limited to filing a motion to preclude Plaintiff-Intervenor from asserting damages not adequately disclosed pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), and for all remedies available under Fed. R. Civ. P. 37(a)(3)(A).

2) Failure to Respond to Document Requests and Interrogatories

On January 31, 2025, the District served on Plaintiff-Interventor a set of document requests and a set of interrogatories. Plaintiff-Intervenor's responses to the District's discovery requests were due on Monday, March 3, 2025, and have not been received. Please provide these overdue discovery responses by March 17, 2025. If Plaintiff-Intervenor has not done so, the District reserves the right to seek all remedies available under Fed. R. Civ. P. 37(a) and (d).

* * * * *

We are available to discuss these matters further on March 11 or March 12, 2025, at 3:00 p.m. Kindly advise us of your availability, and please provide alternative dates for a meet-and-confer if this time is not convenient for you.

Sincerely,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

By: */s/ Eli Koppel*
ELI KOPPEL
Assistant Attorney General