DEFENDANT'S EXHIBIT 3

**From:** Charlie Gerstein
**To:** Levy, Elise (OAG); Koppel, Eli (OAG); Jason Harrow
**Subject:** Hylton Initial Disclosures
**Date:** Monday, December 23, 2024 4:12:26 PM

---

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Counsel,

If it is helpful, I can send a formal document, but to comply with the rules Plaintiff-Intervenor discloses that she has no insurance coverage, intends to call herself as a witness as to damages and understands Amaala Jones-Bey, Robert Hylton-Brown, and Reginald Ruffin to have potentially relevant information, and has not computed damages at this time but will produce such computations if they are made during expert discovery. Hylton reserves the right to supplement these disclosures.

-Charlie

Charlie Gerstein
Gerstein Harrow LLP
202-670-4809
Gerstein-Harrow.com