UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Karen Hilton
PLAINTIFF

District of Columbia   VS   Muriel Bowser

CASE NO. 1:21-cv-02674

DEFENDANT(S)

## MOTION

Second Request of Interrogatories

Attached

See also

Docket Document

3 Docket Document #99
① 1-13   ③ 2-11

Signature
Karen Hilton
Name (if applicable, Prisoner ID No.)
6004 3rd St New
Address/Facility Address
Washington DC 20011
City                State    Zip Code

RECEIVED

JUL 08 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Rev. 8/8/2024
*Use additional pages as needed

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMAALA JONES-BEY**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:21-cv-02674 (JMC) |

### DEFENDANT DISTRICT OF COLUMBIA'S SECOND SET OF INTERROGATORIES PROPOUNED ON PLAINTIFF-INTERVENOR KAREN HYLTON

TO:    Karen Hylton
       6004 3rd Street, NW
       Washington, D.C. 20011
       tallskyys@gmail.com

       *Pro Se Plaintiff-Intervenor*

Under Federal Rules of Civil Procedure 26 and 33, Defendant District of Columbia (the District) directs these interrogatories to Plaintiff-Intervenor Karen Hylton. A copy of your signed, sworn answers must be served on the Office of the Attorney General for the District of Columbia, c/o Eli Koppel (eli.koppel@dc.gov), Lauren Nasstrom (lauren.nasstrom@dc.gov), and Andrew Vandini (andrew.vandini@dc.gov) Assistant Attorneys General, within 30 days of service.

### INSTRUCTIONS AND DEFINITIONS

1.    "Communication" shall mean any contact, oral or written, formal or informal, at any time or place and under any circumstances whatsoever, in which information of any nature was transmitted or transferred.

2.      The term "document" or "documents" means any material, information, or tangible thing discoverable under Federal Rule of Civil Procedure 34(a)(1), including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form.

3.      "Person" as used herein means any natural individual, public or private corporation, partnership, joint venture, proprietorship, voluntary or unincorporated association, trust, estate or governmental agency, commission, bureau, or department.

4.      "Incident" or "occurrence" shall mean the factual events and circumstances that are alleged in your Complaint in Intervention, from which you allege injury.

5.      Where an interrogatory asks you to identify a document, your answer shall specifically designate:  (a) the type of document (e.g., letter, inter-office memorandum, report, etc.); (b) the date of the document, if any; (c) the date on which the document came into Plaintiff-Intervenor's possession, if different from the date appearing on the document itself; (d) the name or names of the signer or signers of the document; (e) the name or names, if any, of the person or persons to whom the document is addressed; (f) the title or heading of the documents and its approximate number of pages; (g) a brief summary of the subject matter of the document; and (h) the present whereabouts of the document, and the identity of the custodian thereof and the identity of persons to whom copies were sent.

6.      Where an interrogatory asks you to identify a person, your answer shall provide enough information to enable the District to identify the person including his/her name, present or last known home and business address, telephone number, present employment, relevant former positions he/she has held, and his/her relationship to you, if any.

2

7.      Where an interrogatory asks you to state the factual and legal basis of a claim, allegation, or contention, your answer shall state the facts that support the claim, allegation or contention, the documents that support the claim, allegation or contention, the witnesses that support the claim, allegation or contention and the substance of such witnesses' likely testimony.

8.      Where an interrogatory asks you to identify a communication or contact, your answer shall specify whether it was oral or written; if it was written (or if the oral communication or contact was recorded in any manner), identify the medium of recording; and if the communication or contact was oral, identify the person(s) who sent, received, or had knowledge of it; and identify the approximate date of the communication or contact.

9.      Whenever an interrogatory asks you to "list" or "identify" documents, Plaintiff-Intervenor may, if she wishes, produce true and correct copies of such documents for inspection and copying by the District's counsel.  Production of copies together with a list of the documents produced will be accepted as compliance with such request.

10.     If an interrogatory requests documents or information you consider privileged, you shall provide a privilege log that includes the document identification as outlined in paragraph 6, the privilege being asserted, and the grounds on which the privilege rests so that the District may have the factual basis to determine whether such documents are, in fact, privileged.

11.     If you cannot answer fully after conducting a reasonable investigation, you shall answer—to the extent you are able—stating what information you do have and the efforts you made to obtain more information.

12.     These interrogatories are continuing in nature so as to require the prompt service of amended answers if further or different information or documents are obtained prior to trial.

## SECOND SET OF INTERROGATORIES

21.     Describe your education, including any vocational training.  Your response should include, but is not limited to, the names of schools you attended, dates of attendance, and any degrees, certificates, etc. that you obtained.

22.     Describe your employment history and additional sources of income, and for each position held identify: the employer (including the employer's name, address, and telephone number), dates of employment, and salary or wage rates.

23.     If you are claiming damages relating to the loss of services that Karon Hylton-Brown would have provided to you (such as loss of care, education, training, guidance and personal service), please identify all such services that he would have provided, calculate their value, describe all such services that he had been providing to you, and identify all supporting documents.

24.     Identify all expenses that you paid relating to Karon Hylton-Brown's last illness and/or medical expenses relating to the injuries that led to his death, calculate and quantify the amounts paid, state whether you were compensated or reimbursed for those expenses from any source (including Medicaid, health insurance, or any other benefits program), and identify all supporting documents.

Date: June 27, 2025                               Respectfully submitted,

                                                  BRIAN L. SCHWALB
                                                  Attorney General for the District of Columbia

                                                  CHAD COPELAND
                                                  Deputy Attorney General
                                                  Civil Litigation Division

                                                  /s/ Jonathan Berman
                                                  JONATHAN BERMAN [445169]
                                                  Chief, Civil Litigation Division, Section III

4

/s/ Andrew M. Vandini
ELI KOPPEL [90033491]
ANDREW M. VANDINI [90025227]
LAUREN NASSTROM [90027130]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-7316; (202) 727-1038; (202) 262-2608
eli.koppel@dc.gov
andrew.vandini@dc.gov
lauren.nasstrom@dc.gov

*Counsel for Defendants District of Columbia, Cory Novick, Ahmed Al-Shrawi, and Carlos Tejera*

## CERTIFICATE OF SERVICE

I, Andrew M. Vandini, certify that on this 27th day of June, 2025, I served a true and accurate copy of the foregoing via electronic mail and first-class mail, postage prepaid, on the following:

Karen Hylton
6004 3rd Street, NW
Washington, D.C. 20011
tallskyys@gmail.com

*Pro Se Plaintiff-Intervenor*

/s/ Andrew M. Vandini
ANDREW M. VANDINI
Assistant Attorney General

5

SECOND SET OF INTERROGATORIES

**Weather Delays**

- The U.S. Marshals Service will not complete the eviction when precipitation is falling or when the temperature is forecasted to fall below 32 degrees Fahrenheit that day.
- In such situations, the U.S. Marshals Service will contact the tenants if they are present and discuss the anticipated delay for the eviction.
- The property will be prominently posted with a notice that an eviction is in progress and that the eviction will be completed on the next available date on which the temperature and precipitation permit.
- U.S. Marshals Service personnel will attempt to contact landlord and management on the day of the eviction to discuss availability.

Federal law provides several protections against intimidation. 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

- 

**18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including in **18 U.S.C. § 594:**  Federal law provides several protections against intimidation. 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

-

**18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including intimidation. **18 U.S.C. § 594:**

○ Federal law provides several protections against intimidation. 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

▪

**18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including intimidation.

21. Describe your education, including any vocational training. Your response should include, but is not limited to, the names of schools you attended, dates of attendance, and any degrees, certificates, etc. that you obtained.

**My education (Karen Hylton nor my baby Karon Hylton education is to be question. My self as other HUMANS that did not have the white PRIVILAGE to attend COLLEDGE, POLICE ACADEMY, SPECIAL TRAINING, as sutton , zabavsky and other police officers that use their education, and training ,etc. to abuse the LAW . My community as well as my baby Karon, my babies and other young adults know it is UNLAWFUL TO KILL, ESPECIALLY FOR THE COLOR OF A HUMAN SKIN AND GREED. We are aware of COMMON SENSE. the ability to think and behave in a reasonable way and to make good decisions. Common sense is the basic level of practical knowledge and judgment that most people are expected to possess to navigate everyday situations and make reasonable decisions. It involves using logic, experience, and social awareness to understand and react to situations without needing specialized knowledge.**

2

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL

ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY

3

**RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

22. Describe your employment history and additional sources of income, and for each position held identify: the employer (including the employer's name, address, and telephone number), dates of employment, and salary or wage rates.

**Karen Hylton -VS District of Columbia / Mayor Bowser**

**Mr Eli is aware of case # case#2024-CAB-004543 and contents of such case**

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon is not my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.  If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL

ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY



**GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

**23**. If you are claiming damages relating to the loss of services that Karon Hylton-

Brown would have provided to you (such as loss of care, education, training, guidance and

personal service), please identify all such services that he would have provided, calculate their

value, describe all such services that he had been providing to you, and identify all supporting

documents.

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC. If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR

7

ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL

ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY

GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there is aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING



**QUARTERS ANTICS**

24. Identify all expenses that you paid relating to Karon Hylton-Brown's last illness and/or medical expenses relating to the injuries that led to his death, calculate and quantify the amounts paid, state whether you were compensated or reimbursed for those expenses from any source (including Medicaid, health insurance, or any other benefits program), and identify all

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need**

9

this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY

BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there is aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents

10

property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS

Karen Hylton

6004 3rd St NW

Washington, DC

20011

tallskyys @ gmail.com

240-313-8803

4-7-2025

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMAALA JONES-BEY**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> *Defendants*. | **Civil Action No. 1:21-cv-02674 (JMC)** |

## DEFENDANTS' FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF-INTERVENOR KAREN HYLTON

Defendant District of Columbia (the District), pursuant to Fed. R. Civ. P. 36, and propounds its first request for admissions on Plaintiff-Intervenor Karen Hylton.

Each request shall be deemed admitted unless, within 30 days after being served, you serve on the District's lawyers and sign a written answer or objection addressed to the matter.

If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that you qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest.

### REQUESTS

**REQUEST NO. 1**

Karon Hylton-Brown never paid rent or any other monthly costs to you.

Answer:

**REQUEST NO. 2**

Karon Hylton-Brown's only assets at the time of his death were $3,126 in cash on his person.

Answer:

**REQUEST NO. 3**

You have no documents in your possession, custody, or control, other than any documents produced alongside your response to the District's first request for the production of documents, that support your contention that you, Karon Hylton-Brown, or his next of kin suffered either economic or non-economic damages as a result of the incident alleged in your Complaint.

Answer:

**REQUEST NO. 4**

You have no documents in your possession, custody, or control that relate to the administration of Karon Hylton-Brown's estate, including probate records, a death certificate, and funeral or burial expenses.

Answer:

**REQUEST NO. 5**

You have no documents in your possession, custody, or control concerning Karon Hylton-Brown's schooling, including but not limited to documents showing: (1) the names of the schools and/or programs he attended; (2) the dates of attendance at those schools and/or programs; (3) dates and total number of absences from those schools and/or programs; (4) disciplinary proceedings imposed at any time from those schools and/or programs; (5) Karon Hylton-Brown's grades at those schools and/or programs; (6) diplomas obtained by Karon

2

Hylton-Brown at those schools and/or programs; and (7) whether Karon Hylton-Brown failed to complete any grade or program and the reasons therefore.

Answer:

**REQUEST NO. 6**

You have no documents in your possession, custody, or control showing any anticipated future economic losses related to facts alleged in your Complaint.

Answer:

**REQUEST NO. 7**

You have no documents in your possession, custody, or control concerning potential witnesses at the scene of the incident described in your Complaint, including but not limited to business cards, notes, or other documentation.

Answer:

**REQUEST NO. 8**

You have no documents in your possession, custody, or control concerning any investigation undertaken into the incident described in your Complaint by any person, including documents, reports, statements, or other writings.

Answer:

**REQUEST NO. 9**

You have no communications between yourself and Karon Hylton-Brown, including text messages, emails, and phone records, in the two years preceding his death up until his death that relate to (1) any financial support Karon Hylton-Brown provided to you or (2) any disputes or disagreements between you and Karon Hylton-Brown in your possession, custody, or control.

Answer:

Dated: June 27, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Jonathan Berman*
JONATHAN BERMAN [445169]
Chief, Civil Litigation Division, Section III

*/s/ Andrew M. Vandini*
ELI KOPPEL [90033491]
ANDREW M. VANDINI [90025227]
LAUREN NASSTROM [90027130]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-7316; (202) 727-1038; (202) 262-2608
eli.koppel@dc.gov
andrew.vandini@dc.gov
lauren.nasstrom@dc.gov

*Counsel for Defendants District of Columbia, Cory
Novick, Ahmed Al-Shrawi, and Carlos Tejera*

## CERTIFICATE OF SERVICE

I, Andrew M. Vandini, certify that on this 27th day of June, 2025, I served a true and

accurate copy of the foregoing via electronic mail and first-class mail, postage prepaid, on the

following:

Karen Hylton
6004 3rd Street, NW
Washington, D.C. 20011
tallskyys@gmail.com

*Pro Se Plaintiff-Intervenor*

*/s/ Andrew M. Vandini*
ANDREW M. VANDINI
Assistant Attorney General

4

REQUESTS

**Weather Delays**

- The U.S. Marshals Service will not complete the eviction when precipitation is falling or when the temperature is forecasted to fall below 32 degrees Fahrenheit that day.
- In such situations, the U.S. Marshals Service will contact the tenants if they are present and discuss the anticipated delay for the eviction.
- The property will be prominently posted with a notice that an eviction is in progress and that the eviction will be completed on the next available date on which the temperature and precipitation permit.
- U.S. Marshals Service personnel will attempt to contact landlord and management on the day of the eviction to discuss availability.

Federal law provides several protections against intimidation. 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

-

**18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including in **18 U.S.C. § 594:** Federal law provides several protections against intimidation. 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

o

**18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including intimidation. **18 U.S.C. § 594:**

o  Federal law provides several protections against intimidation. 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

▪

**18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including intimidation.

Answer:

REQUEST NO. 1

Karon Hylton-Brown never paid rent or any other monthly costs to you.

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to

them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct,

3

but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS

REQUEST NO. 2

Karon Hylton-Brown's only assets at the time of his death were $3,126 in cash on his person.

Answer:

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said

you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.  If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES -VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON

**LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

REQUEST NO. 3

You have no documents in your possession, custody, or control, other than any documents produced alongside your response to the District's first request for the production of documents, that support your contention that you, Karon Hylton-Brown, or his next of kin suffered either economic or non-economic damages as a result of the incident alleged in your Complaint.

Answer:

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.  If you**

6

think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL

ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR

7

**AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

REQUEST NO. 4

You have no documents in your possession, custody, or control that relate to the administration of Karon Hylton-Brown's estate, including probate records, a death certificate, and funeral or burial expenses.

Answer:

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you were going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILD,SON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY**



BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS

REQUEST NO. 5

You have no documents in your possession, custody, or control concerning Karon
Hylton-Brown's schooling, including but not limited to documents showing: (1) the names of the
schools and/or programs he attended; (2) the dates of attendance at those schools and/or
programs; (3) dates and total number of absences from those schools and/or programs; (4)
disciplinary proceedings imposed at any time from those schools and/or programs; (5) Karon
Hylton-Brown's grades at those schools and/or programs; (6) diplomas obtained by Karon

3

Hylton-Brown at those schools and/or programs; and (7) whether Karon Hylton-Brown failed to
complete any grade or program and the reasons therefore.

Answer:

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS
NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby,
son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for
the US Marshall illegal forceable enter my resident searching and seizing property,
documents what, then interrogatories continue to request documentation that were seized
during an illegal eviction. Judge Cobb is this the information that you want to keep
confidential. And hidden from the public, if you were blessed to have children, child, etc.,
discuss what you are asking from me with your children. As a heartless parent sit your
children ages months - 21 years of age explain to your child, children, you need them to
economic support you, explain to them they have to pay your rent to old, etc. Explain to
them instead of living their life you as a parent expect him, her, she, them, to not live
their lives but support you ask them, he, she, to documents every conversation, text,
email, note, etc. every minute of their l, he, she, life because a racist police officer is going
to kill them because of the color of their skin. Explain to her, she, etc. am going to need**

10

this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.  If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON

**IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

REQUEST NO. 6

You have no documents in your possession, custody, or control showing any anticipated future economic losses related to facts alleged in your Complaint.

Answer:

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY**

12

KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY
BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR
ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES
ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL

ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR
ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY
GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT
FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY
RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT
WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE.
DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and
zabavsky. my second and final answer to your questions? CASE # UNITED STATES -
VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my
documents that were seize in an illegal(raid) eviction, May 22,2025. Information that
counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my
possession as there are aware of these documents, property, being seized in an
illegal(raid) eviction by the US Marshall were my property to included documents
property, of sentimental value were either destroyed in the rain or seized I am asking
counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543
pertaining to my loss wages government employees neglected to follow code of conduct,
but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while
precipitation is falling the weather itself (it's raining) as well as forecast from the media
channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting
were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON
IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON
LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR
AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING
QUARTERS ANTICS

13

REQUEST NO. 7

You have no documents in your possession, custody, or control concerning potential

witnesses at the scene of the incident described in your Complaint, including but not limited to

business cards, notes, or other documentation.

Answer:

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS
NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby,
son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for
the US Marshall illegal forceable enter my resident searching and seizing property,
documents what, then interrogatories continue to request documentation that were seized
during an illegal eviction. Judge Cobb is this the information that you want to keep
confidential. And hidden from the public, if you were blessed to have children, child, etc.,
discuss what you are asking from me with your children. As a heartless parent sit your
children ages months - 21 years of age explain to your child, children, you need them to
economic support you, explain to them they have to pay your rent to old, etc. Explain to
them instead of living their life you as a parent expect him, her, she, them, to not live
their lives but support you ask them, he, she, to documents every conversation, text,
email, note, etc. every minute of their l, he, she, life because a racist police officer is going
to kill them because of the color of their skin. Explain to her, she, etc. am going to need
this document because if you die lowlife interrogators might request or off that you said
you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I
LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you
think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF
AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY
KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY
BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR
ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES

**ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

REQUEST NO. 8

You have no documents in your possession, custody, or control concerning any

investigation undertaken into the incident described in your Complaint by any person, including

documents, reports, statements, or other writings.

Answer:


Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT

16

**FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

REQUEST NO. 9

You have no communications between yourself and Karon Hylton-Brown, including text messages, emails, and phone records, in the two years preceding his death up until his death that relate to (1) any financial support Karon Hylton-Brown provided to you or (2) any disputes or disagreements between you and Karon Hylton-Brown in your possession, custody, or control.

Answer:

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you were going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT



WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there is aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS

Karen Hylton

6004 3rd ST NW

Washington, DC

20011

tallskyys@ gmail.com

240-313-8803

19

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMAALA JONES-BEY**, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> *Defendants.* | Civil Action No. **1:21-cv-02674 (JMC)** |

### DEFENDANT DISTRICT OF COLUMBIA'S
### SECOND REQUEST FOR PRODUCTION OF
### DOCUMENTS TO PLAINTIFF-INTERVENOR KAREN HYLTON

TO: Karen Hylton
   6004 3rd Street, NW
   Washington, D.C. 20011
   tallskyys@gmail.com

   *Pro Se Plaintiff-Intervenor*

Under Federal Rules of Civil Procedure 26 and 34, Defendant District of Columbia (the

District) requests Plaintiff-Intervenor Karen Hylton produce and make available for inspection and

copying the documents, electronically stored information, and/or tangible things contained in this

Request for Production of Documents. Documents, electronically stored information, and/or

tangible things responsive to these Second Set of Requests for Production of Documents are to

be produced to the Office of the Attorney General for the District of Columbia, c/o Eli Koppel

(eli.koppel@dc.gov), Lauren Nasstrom (lauren.nasstrom@dc.gov), and Andrew Vandini

(andrew.vandini@dc.gov) Assistant Attorneys General, within 30 days of service of these

requests.

Documents, electronically stored information, and anything else responsive to these requests that can be sent electronically should be produced via email.

In responding, Plaintiff-Intervenor shall furnish all requested documents, not subject to a valid objection, which are in her possession, custody, or control, including materials in the possession of her attorneys and law firms. Each request for an item is continuing in nature so as to require Plaintiff-Intervenor to promptly supplement her responses with additional documents if obtained before trial.

## DEFINITIONS

The following definitions shall apply throughout these discovery requests, unless context plainly dictates or a request specifically provides otherwise:

1.      "Incident" shall mean the factual events and circumstances that are alleged in Plaintiff-Intervenor's Complaint in Intervenor from which Plaintiff-Intervenor alleges injury.

2.      "Complaint" refers to the operative complaint in this action, and the obligation to respond to this request for production and reasonably amend responses extends to any amended complaints filed in this action.

3.      "Communication" means the transmittal of information, oral, written, or electronic in the form of facts, opinions, ideas, inquiries, or otherwise.

4.      "Person" means any natural person or any business, legal, or governmental entity.

5.      The term "document" or "documents" means any material, information, or tangible thing discoverable under Federal Rule of Civil Procedure 34(a)(1), including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form.

2

## INSTRUCTIONS

1.      Unless otherwise indicated, these requests refer to the time, place, and circumstances of the occurrence referred to or complained of in the pleadings.

2.      Under Federal Rule of Civil Procedure Rule 34(b), documents shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with the categories in this request.

3.      For each request for production asserted to be privileged or otherwise excludable from discovery, identify that information on a privilege log.  State the specific basis for such claim of privilege or other ground for exclusion.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

22.      All documents you examined, relied on, referred to, consulted, or read in connection with the preparation of your Answers to Defendant's Second Set of Interrogatories.

23.      Documents concerning your education sufficient to show the schools and programs you attended, the programs you graduated from, and any degrees, certificates, etc. that you obtained.

24.      Copies of your Federal income tax returns for the last ten years (i.e., from 2015 to 2024), including but not limited to your W2s.

25.      Documents sufficient to show your employment history and salaries or wages for the last ten years.

26.      All documentation identified in your Answer to Interrogatory 23, describing and valuing any services (such as loss of care, education, training, guidance and personal service) Karon Hylton-Brown would have provided to you.

3

27.    All documents on which you relied in answering Interrogatory 24 relating to medical expenses for the injuries that led to Karon Hylton-Brown's death and any compensation or reimbursement therefor.

Date: June 27, 2025                                Respectfully submitted,

                                                   BRIAN L. SCHWALB
                                                   Attorney General for the District of Columbia

                                                   CHAD COPELAND
                                                   Deputy Attorney General
                                                   Civil Litigation Division

                                                   /s/ Jonathan Berman
                                                   JONATHAN BERMAN [445169]
                                                   Chief, Civil Litigation Division, Section III

                                                   /s/ Andrew M. Vandini
                                                   ELI KOPPEL [90033491]
                                                   ANDREW M. VANDINI [90025227]
                                                   LAUREN NASSTROM [90027130]
                                                   Assistant Attorneys General
                                                   400 6th Street, NW
                                                   Washington, D.C. 20001
                                                   (202) 724-7316; (202) 727-1038; (202) 262-2608
                                                   eli.koppel@dc.gov
                                                   andrew.vandini@dc.gov
                                                   lauren.nasstrom@dc.gov

                                                   *Counsel for Defendants District of Columbia, Cory*
                                                   *Novick, Ahmed Al-Shrawi, and Carlos Tejera*

**CERTIFICATE OF SERVICE**

I, Andrew M. Vandini, certify that on this 27th day of June, 2025, I served a true and accurate copy of the foregoing via electronic mail and first-class mail, postage prepaid, on the following:

Karen Hylton
6004 3rd Street, NW
Washington, D.C. 20011
tallskyys@gmail.com

*Pro Se Plaintiff-Intervenor*

/s/ Andrew M. Vandini
ANDREW M. VANDINI
Assistant Attorney General

5

REQUESTS FOR PRODUCTION OF DOCUMENT

**Weather Delays**

- The U.S. Marshals Service will not complete the eviction when precipitation is falling or when the temperature is forecasted to fall below 32 degrees Fahrenheit that day.
- In such situations, the U.S. Marshals Service will contact the tenants if they are present and discuss the anticipated delay for the eviction.
- The property will be prominently posted with a notice that an eviction is in progress and that the eviction will be completed on the next available date on which the temperature and precipitation permit.
- U.S. Marshals Service personnel will attempt to contact landlord and management on the day of the eviction to discuss availability.

Federal law provides several protections against intimidation. <u>18 U.S.C. §</u> <u>241</u> makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

•

**<u>18 U.S.C. § 241:</u>**

This statute prohibits conspiracies to interfere with civil rights, including in **<u>18 U.S.C. §</u>** **<u>594:</u>** Federal law provides several protections against intimidation. <u>18</u> <u>U.S.C. § 241</u> makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

o

**<u>18 U.S.C. § 241:</u>**



This statute prohibits conspiracies to interfere with civil rights, including intimidation. **18 U.S.C. § 594:**

o **Federal law provides several protections against intimidation.** 18 U.S.C. § 241 makes it illegal for two or more people to conspire to injure, threaten, or intimidate someone exercising a constitutional right. Additionally, 18 U.S.C. § 594 prohibits voter intimidation. Various state laws also address intimidation, particularly in the context of civil rights and elections.

Federal Laws:

▪ **18 U.S.C. § 241:**

This statute prohibits conspiracies to interfere with civil rights, including intimidation.

▪ **1**

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officers is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC. If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY**



**BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining ) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY,CHILD,SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE ,DOCUMENTS THAT WERE ILLEGAY SEIZE ( STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID( EVICTION) OF MY LIVING QUARTERS ANTICS**

22. All documents you examined, relied on, referred to, consulted, or read in connection with the preparation of your Answers to Defendant's Second Set of Interrogatories.

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential.  And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, , AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews  whom were well aware of case # case#2024-CAB-004543 pertaining  to my loss wages  government employees neglected to follow code of conduct,



but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining ) as well as forecast from the media channels. Counsel Eli, Andrews , the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY,CHILD,SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE ,DOCUMENTS THAT WERE ILLEGAY SEIZE ( STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID( EVICTION) OF MY LIVING QUARTERS ANTICS

23. Documents concerning your education sufficient to show the schools and programs you attended, the programs you graduated from, and any degrees, certificates, etc. that you obtained.

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC. If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, , AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY



**GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while** precipitation is falling **the weather itself (it's raining ) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

24. Copies of your Federal income tax returns for the last ten years (i.e., from 2015 to 2024), including but not limited to your W2s.

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc.,**



discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officers is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, , AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews  whom were well aware of case # case#2024-CAB-004543 pertaining  to my loss wages  government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an  illegal eviction while precipitation is falling  the weather itself (it's raining  ) as well as forecast from  the media channels.  Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR

**AND MR ELI, US MARSHALL, ANTICS, RAID( EVICTION) OF MY LIVING QUARTERS ANTICS**

25. Documents sufficient to show your employment history and salaries or wages for the last ten years.

Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential.  And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE.



**DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining ) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

26. All documentation identified in your Answer to Interrogatory

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn't my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officers is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you**



said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there are aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews  whom were well aware of case # case#2024-CAB-004543 pertaining  to my loss wages  government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an  illegal eviction while precipitation is falling  the weather itself (it's raining  ) as well as forecast from  the media channels.  Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS

27. All documents on which you relied in answering Interrogatory 24 relating to medical expenses for the injuries that led to Karon Hylton-Brown's death and any compensation or reimbursement therefor.

**Mr. Andrews, Eli, counsels to include, judge Cobb, IMENDATION OR THREAT IS NOT GOING TO RELEAVERATE the murder of my baby. Karon Hylton is my baby, son, child, etc. Karon isn&#39;t my husband, boyfriend, etc. Whatever you are searching for the US Marshall illegal forceable enter my resident searching and seizing property, documents what, then interrogatories continue to request documentation that were seized during an illegal eviction. Judge Cobb is this the information that you want to keep confidential. And hidden from the public, if you were blessed to have children, child, etc., discuss what you are asking from me with your children. As a heartless parent sit your children ages months - 21 years of age explain to your child, children, you need them to economic support you, explain to them they have to pay your rent to old, etc. Explain to them instead of living their life you as a parent expect him, her, she, them, to not live their lives but support you ask them, he, she, to documents every conversation, text, email, note, etc. every minute of their l, he, she, life because a racist police officer is going to kill them because of the color of their skin. Explain to her, she, etc. am going to need this document because if you die lowlife interrogators might request or off that you said you was going to provide or me. As a MOTHER OF A BABY, CHILDSON, Whom I LOVE GO PLAY with YOUR BABIES, CHILDSON OR CHILDREN. ETC.   If you think my baby LIFE is or was a game Mr. ANDREW PLAY WITH YOURSELF AND.YOURS sutton and zabavsky are CONVINCED OF MURDERING MY BABY**



**KARON HYLTON. INTEROGAGE HIM ALL THE LAWS THAT PROTECT MY BABY WAS BROKEN, AND VIOLATED, TO THE POINT OF MURDER. MR ANDREWS, ALL COUNSEL INCLUDING JUDGE COBB, PLAY WITH SOMEONES ELSE. IF DOCUMENATION IS NOT PROVIDED THEN THE US MARSHALL**

**ILLEGAL EVICTED ME FROM MY RESIDENT THAT COUNSEL ELI, MR ANDREW ARE WELL AWARE OF, THIS INFORMATION WASNOT FREELY GIVEN AS WE ARE TALKING ABOUT A CHILD, THIS INFORMATION IS NOT FREELY GIVEN THEN HAVE US MARSHALL FORCEABLE ENTER MY RESIDENT AND SEIZE MY PROPETY, THEN REQUEST INFORMATION THAT WAS SEIZE (STOLEN) BY US MARSHALLS HOW DEMONIC OF INTERROGATE. DID THE US MARSHALLS INTERROGAT CONVINCED MURDER sutton and zabavsky. my second and final answer to your questions? CASE # UNITED STATES - VS-sutton and zabavsky . Counsels, Eli, Andrews, judge Cobb I am kindlily request my documents that were seize in an illegal(raid) eviction, May 22,2025. Information that counsels, interrogators are telling me (Karen Hylton and asking me for is no longer in my possession as there is aware of these documents, property, being seized in an illegal(raid) eviction by the US Marshall were my property to included documents property, of sentimental value were either destroyed in the rain or seized I am asking counsels, Eli, Andrews whom were well aware of case # case#2024-CAB-004543 pertaining to my loss wages government employees neglected to follow code of conduct, but rather courts bias, antics such as raid of my unit cover-up as an illegal eviction while precipitation is falling the weather itself (it's raining) as well as forecast from the media channels. Counsel Eli, Andrews, the same documents that interrogatories ae requesting were illegal stolen as well as the LIFE OF MY BABY, CHILD, SON KARON HYLTON IAM REQUESTING MY PROPERTY TO INCUDE MY BABY KARON HYLTON LIFE, DOCUMENTS THAT WERE ILLEGAY SEIZE (STOLEN) DURING YOUR**

12

**AND MR ELI, US MARSHALL, ANTICS, RAID(EVICTION) OF MY LIVING QUARTERS ANTICS**

Respectfully,

Karen Hylton

6004 3rd ST NW

Washington, DC

20011

13